# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

| | |
|---|---|
| Marvel Technology (China) Co., Limited | |
| | Plaintiff, |
| v. | Case No.: 1:24−cv−05280 |
| | Honorable John F. Kness |
| The Partnerships and Unincorporated Associations Identified on Schedule A, et al. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 21, 2025:

MINUTE entry before the Honorable John F. Kness: Before the Court is Plaintiff's motion [26] for entry of a preliminary injunction. In connection with that motion, which is entered and continued, Plaintiff must forthwith serve all Defendants with the following statement: "The Court has taken the motion for a preliminary injunction under advisement and will consider the motion unopposed if no Defendant appears and objects on or before 1/27/2025." Plaintiff must file proof of service of the Court's statement within two business days of service. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.