# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Marvel Technology (China) Co., Limited,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A".<br><br>　　　　　Defendants | Case No.: 1:24-cv-5280<br><br>Hon. Judge John F. Kness<br><br>Hon. Magis. Judge Maria Valdez |

**MOTION TO CONFIRM NON-INCLUSION IN SCHEDULE A DEFENDANTS**

**NOW COME** Defendants, FROECTRY-360 PHOTO BOOTH and FOOTIELD-360 PHOTO BOOTH, by and through their counsel, Jiyuan Zhang, Esq., of J. Zhang and Associates, P.C. (hereinafter collectively referred to as the "Defendants"), and respectfully move this Honorable Court for an Order confirming that Defendants are not included in the Schedule A list of Defendants and updating the court records accordingly. In support of this Motion, Defendants state as follows:

　　1.　　This matter involves a sealed case wherein various entities are named as Defendants in a Schedule A list.

　　2.　　To ensure no court notifications are missed, undersigned counsel entered an appearance on behalf of Huang-us, EIJOFI, XAZIMO, FROECTRY-360 PHOTO BOOTH, and FOOTIELD-360 PHOTO BOOTH on December 30, 2024.

　　3.　　On December 31, 2024, after confirmation with Plaintiff, it was determined that FROECTRY-360 PHOTO BOOTH and FOOTIELD-360 PHOTO BOOTH are not included in the Schedule A list of Defendants.

4. To avoid confusion and to maintain accurate court records, Defendants seek confirmation from this Court regarding their non-inclusion in the Schedule A list and request that the docket and associated records be updated accordingly.

**WHEREFORE**, Defendants, FROECTRY-360 PHOTO BOOTH and FOOTIELD-360 PHOTO BOOTH, respectfully request that this Honorable Court enter an Order:

A. Confirming that FROECTRY-360 PHOTO BOOTH and FOOTIELD-360 PHOTO BOOTH are not included in the Schedule A list of Defendants; and

B. Directing the Clerk of Court to update the court records to reflect the removal of FROECTRY-360 PHOTO BOOTH and FOOTIELD-360 PHOTO BOOTH from the docket; and

C. for such further relief as the Court may deem just and proper.

Dated: January 27, 2025

Respectfully Submitted,

**J. Zhang and Associates, P.C.**
*Attorney for Defendants:*
*Huang-us, EIJOFI, XAZIMO, 360 PHOTO BOOTH INC.*

*/s/ Jiyuan Zhang*
Jiyuan Zhang, Esq
37-12 Prince Street, Ste 9C
Flushing, NY 11354
T: 718-701-5098
contact@jzhanglaws.com

## AFFIRMATION OF SERVICE

I, Jiyuan Zhang, an attorney, certifies that on January 27, 2025, a true and correct copy of **MOTION CONFIRM NON-INCLUSION IN SCHEDULE A DEFENDANTS** was filed via the CM/ECF electronic filing system, thereby serving it upon all counsel of record and interested parties.

*/s/ Jiyuan Zhang*
Jiyuan Zhang
