BC
FILED
2/6/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
BI

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**Marvel Technology (China) Co., Limited,**
Plaintiff,

v.

**Luxury Looks,**
Defendant.

**Case No.**: 1:24-cv-5280
**Judge**: John F. Kness

**DEFENDANT'S MOTION TO DISMISS FOR LACK OF INVOLVEMENT AND FAILURE TO STATE A CLAIM**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:**

Defendant, **Luxury Looks**, respectfully moves this Court to **dismiss the claims against it** in Case No. **1:24-cv-5280**, pursuant to **Rule 12(b)(6) of the Federal Rules of Civil Procedure**, as Plaintiff has failed to state a claim upon which relief can be granted.

I. INTRODUCTION

Defendant **Luxury Looks** has been **wrongfully included** in this lawsuit. Plaintiff alleges that Defendant engaged in the sale and distribution of a **"360 Photo Booth Machine for Parties - Capture Unforgettable Moments with Automatic 360 Spin Camera, Ring Light, and Logo Customization (26.8")"** in violation of intellectual property laws. However, Defendant has **never sold, marketed, or listed this product**, nor has it engaged in any infringing activities related to Plaintiff's intellectual property.

**II. GROUNDS FOR DISMISSAL**

**1.    Failure to State a Claim (FRCP 12(b)(6))**
    •    Plaintiff has not provided any **evidence** linking Defendant to the alleged infringing product.
    •    Defendant's business records confirm that it has **never sold or offered for sale** the accused product.
    •    A claim for intellectual property infringement requires specific factual allegations—Plaintiff has made only **conclusory accusations** without any supporting documentation.

**2.    Mistaken Identity or Improper Inclusion**
    •    Defendant is **not a proper party to this action** and was **wrongfully named** in the lawsuit.
    •    The inclusion of Defendant in this lawsuit appears to be based on **an error or lack of due diligence by Plaintiff**.

**3. No Justiciable Controversy Exists**
 • Plaintiff has failed to establish a **legal dispute** involving Defendant, as there is no actual claim or controversy between the parties.

## III. REQUEST FOR RELIEF

For the foregoing reasons, Defendant r**espectfully requests that the Court grant this Motion to Dismiss with prejudice** and provide the following relief:
 1. Dismiss all claims against Defendant Luxury Looks with prejudice;
 2. Lift any Temporary Restraining Order (TRO) or injunctions imposed on Defendant's accounts, funds, or operations;
 3. Award Defendant its attorneys' fees and costs incurred in responding to this wrongful claim; and
 4. Grant any further relief the Court deems just and proper.

## IV. CONCLUSION

Defendant **Luxury Looks** has **no involvement in the alleged infringement** and was wrongfully included in this lawsuit. Plaintiff's claims fail as a matter of law, and this case should be **dismissed with prejudice**.

Respectfully submitted,

Stacey Simins
Luxury Looks
Stacey.Simins@hotmail.com
512-924-4819


CERTIFICATE OF SERVICE

I certify that on **February 5, 2025**, I caused a true and correct copy of the foregoing **Motion to Dismiss** to be served upon Plaintiff's counsel via **email** in accordance with the Federal Rules of Civil Procedure.

Stacey Simins



February 5, 2025