# Exhibit A

(19)



(12)



(10) CN 306922323 S
(45) 2021.11.05

(21) 202130356278.3
(22) 2021.06.09
(73)
  313100
      4-1-601
(72)
(74)
       (    ) 32390

(51) LOC(13) Cl.
    16-05

7    1

(54)



CN 306922323 S



1.
2.
3.
4.

3