Exhibit B

（19）



（12）



（10）　　　　CN 307042332 S

（45）　　　　2021. 12. 31

（21）　　202130618833. 5

（22）　　2021. 09. 17

（73）

518000

A

6

（72）

（74）

11471

（51）LOC（13）Cl.

16-05

7　　　　　1

（54）



CN 307042332 S



CN 307042332 S

1.
2.
3.
4.