## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Marvel Technology (China) Co., Limited, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 24-CV-05280 |
| v. | ) ) | Judge John F. Kness |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF Lijun Hu

I, Lijun Hu, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.  I am over the age of 18 and competent to make this Declaration. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to the matters stated below.

2.  I am a citizen of the People's Republic of China.

3.  I am the manager of Shenzhen WiViTouch Technology Co., Ltd. (the "Store")

4.  I am authorized to make this Declaration on behalf of the Store.

5.  I make this Declaration in support of the Defendants' Motion in Opposition to the Preliminary Injunction in the above-captioned matter.

6.  Exhibit A to this Declaration contains true and correct copies of images of the products that Plaintiff alleges infringe its patent(s) ("Accused Products"). The Accused Products function in the same way and have the same design, aside from variations in the graphics on the platform.

7.    The Store started offering the Accused Products for sale on April 22, 2021.

8.    Exhibit B is an example of product order of one of the Accused Products dated April 22, 2021.

9.    The design of the Accused Products is the same (or substantially the same) as the design of the product the Store sold on April 22, 2021.

Pursuant to 28 USC §1746 and the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. I reviewed this Declaration with the assistance of an individual fluent in both English and Chinese and understands its contents.

Dated February 10, 2025 in <u>Shenzhen</u> , China

Name: Lijun Hu

Signature:    *Lijun Hu*

2

Exhibit A





Exhibit B

## Order details

Order number: 84804363001027582    Order Date: 2021-04-22 20:40:29    Order Type: Trade Assurance Order

Reorder    View contract

| No. | Product name | Product image | Spec/Specs | Quantity | Unit | Unit price | Total |
|-----|-------------|---------------|-----------|----------|------|-----------|-------|
| 1 | Slow Motion Portable 360 Degree Spin Camera Photo Booth 360 Selfie Platform Photobooth | | - | 1.00 | Pieces | USD 1,925.0000 | USD 1,925.00 |
| | | | Product Description: with 110cm, the price is including the wooden case fee | | | | |
| | | | | | Product Quantity **1.00** | Total Price | **USD 1,925.00** |

## Shipment terms

| Shipping method | Shipping fee | |
|-----------------|--------------|--|
| 🚢 Express | USD 1,092.00 | |
| **Shipment date** | **Ship from** | **Logistics Insurance Premium** |
| Ships 30 day(s) after initial payment is received | CN | USD 30.00 |

| Shipping address |
|------------------|
| ████████████████████████████Illinois,United States of America,60586 |

| Trade terms | Export mode |
|-------------|-------------|
| EXW:You need to prepare the goods and inform the buyer to pick it up at the nominated factory place. | OneTouch Agency Export |

## Payment terms

| Payment method | Order total |
|----------------|-------------|
| VISA ● T/T PayPal Pay Later ◆ pix OXXO Boleto **Online Transfer** | USD 3,047.00 |

## Trade Assurance terms

**Trade Assurance**

• The buyer will be eligible for a refund if you do not ship the goods on time.

• If the quality of the products does not match the standards set in your contract, the buyer will be eligible for a refund within 30 days of delivery.

## Order notes

-

## Buyer and seller information

**Supplier:**



Shenzhen WiViTouch Technology Co., Ltd.

Contact name: ████████
Registered company address: ████████████████████████████████████
Company tel: ████████
Company email: sales01@wivikiosk.com

**Buyer:**

Eminent Mindset 🔲

Contact name: ████████ 🔵
Registered company address: US,Illinois,████████████
Company email: ████████
ⓘ After exchanging business cards with the buyer, you can check the phone/email address