UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Marvel Technology (China) Co., Limited, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 24-CV-05280 |
| v. | ) ) | Judge John F. Kness |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | ) ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF XING FAN**

I, Xing Fan, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18 and competent to make this Declaration. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to the matters stated below.

2. I am a citizen of the People's Republic of China.

3. I am the manager of Chengdu Tops Technology Co., Ltd., and Tops Tech (the "Stores").

4. I am authorized to make this Declaration on behalf of the Stores.

5. I make this Declaration in support of the Defendants' Motion in Opposition to the Preliminary Injunction in the above-captioned matter.

6. Exhibit A to this Declaration contains true and correct copies of images of the product that Plaintiff alleges the Stores infringe its patent(s) ("Accused Products"). The Accused Products function in the same way and have the same design, aside from variations in the graphics on the platform.

1

7. Exhibit B is an example of a product order of one of the Accused Products dated January 11, 2021.

8. The design of the Accused Products is the same (or substantially the same) as the design of the product the Store sold on January 11, 2021.

Pursuant to 28 USC §1746 and the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. I reviewed this Declaration with the assistance of an individual fluent in both English and Chinese and understands its contents.

Dated February 10, 2025 in Chengdu , China

Name: Xing Fan

Signature: *Xing Fan*

2

# Exhibit A











8

# Exhibit B

