**From:** Stacey Simins stacey.simins@hotmail.com
**Subject:** Re: Summons and Motion for Preliminary Injunction-NDIL Case 1:24-cv-05280
**Date:** February 6, 2025 at 9:42 AM
**To:** enforcement enforcement@concordsage.com

Hi,

I am writing in response to the allegations in Case No. **1:24-cv-5280** and the Plaintiff's claimed entitlement to damages under **35 U.S.C. § 284 and § 289**.

Upon a **thorough review of my client's records**, I can confirm that the product in question, **"360 Photo Booth Machine for Parties - Capture Unforgettable Moments with Automatic 360 Spin Camera, Ring Light, and Logo Customization (26.8")"**, has **never been sold or distributed** by my client. As such, there has been **zero revenue or profit derived** from the alleged infringing product.

Given this, we request **immediate clarification** on what specific damages the Plaintiff is seeking, particularly:

1. **Profits Pursuant to 35 U.S.C. § 289** – Since there have been **no sales or profits** from the product, what basis does the Plaintiff have for claiming compensation under this statute?

2. **Damages Pursuant to 35 U.S.C. § 284** – If Plaintiff is seeking additional damages, what specific amount is being sought and on what grounds?

3. **Basis for Inclusion in the Lawsuit** – As our client has **never sold this product**, what evidence, if any, does the Plaintiff rely on to support these claims?

We kindly request a **formal response within 2 business days** so that we can assess the validity of these claims and take appropriate legal action. If no evidence of infringement is provided, we will move for **immediate dismissal of all claims** against my client.

---

On Feb 6, 2025, at 3:46 AM, enforcement <enforcement@concordsage.com> wrote:

Hi,

Please refer to the attached evidence for your review.

Best,

**IP Department**



1360 Valley Vista Dr, Suite 140, Diamond Bar CA 91765

----------------- Original -----------------

**From:** "Stacey Simins"<stacey.simins@hotmail.com>;
**Date:** Thu, Feb 6, 2025 10:58 AM
**To:** "enforcement"<enforcement@concordsage.com>;
**Subject:** Re: Summons and Motion for Preliminary Injunction-NDIL Case 1:24-cv-05280

> On Jan 22, 2025, at 7:58 PM, enforcement <enforcement@concordsage.com> wrote:
>
> Hello,
>
> The U.S. District Court for the Northern District of Illinois has issued the attached summons in the case Marvel Technology (China) Co., Limited, v. The Partnerships and Unincorporated
> Associations Identified on Schedule "A", Case No. 24-cv-05280. The Court has taken the motion for a preliminary injunction under advisement and will consider the motion unopposed if no Defendant appears and objects on or before 1/27/2025.
>
> Attached you will find a copy of the summons, along with a copy of the complaint and all accompanying exhibits. These documents, along with other relevant court documents, have been published and will continue to be published at the following website https://www.concordsage.com/en/notice/24-cv-05280.html. You are required to file an answer by February 12, 2025. Failure to do so may result in a default judgment being entered against you.
>
> If you have previously corresponded with us relating to this case, we will continue that correspondence in the separate email thread(s).
>
> If an attorney has contacted us on your behalf relating to this matter, your attorney has also been blind-copied on this email.
>
> Best,
>
> **IP Department**
>
> 
>
> **1360 Valley Vista Dr, Suite 140, Diamond Bar CA 91765**
>
> <5280 Complaint.pdf><24 cv 5280 summons.pdf><5280 Docket Entry.pdf>
>
> <Schedule B-360-Final(0619)_2143-2146.pdf>