# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Marvel Technology (China) Co., Limited

          Plaintiff,

v.

Case No.: 1:24−cv−05280

Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 12, 2025:

      MINUTE entry before the Honorable John F. Kness: In−person motion hearing held on 2/12/2025. Plaintiff's response to Defendants' opposition to its motion for preliminary injunction shall be filed on or before 2/18/2025. Plaintiff's response to Defendant Luxury Looks' motion to dismiss [39] shall be filed on or before 3/6/2025. Defendants' motion to unseal [34] is granted. The Clerk is directed to unseal all sealed entries on the docket. Defendants' motions [23], [31], [33] are dismissed as moot. An in−person status hearing is set for 3/12/2025 at 9:30 A.M. Lead counsel is directed to be present at the hearing. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.