IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Marvel Technology (China) Co., Limited, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-5280 |
| v. | ) ) ) ) ) | District Judge: John F. Kness<br><br>Magistrate Judge Maria Valdez |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE REPLY**

**NOW COMES** Plaintiff, Marvel Technology (China) Co., Limited ("Plaintiff"), by and through its undersigned counsel, respectfully requests an extension of time to response. In support, Plaintiff states as follows:

1. On January 12, 2025, Plaintiff filed Motion for Preliminary Injunction [Dkt.26].

2. On February 03, 2025 and February 04, 2025, two separate defense counsels filed Memorandum in Opposition to Motion for Preliminary Injunction [Dkt.36-37].

3. The Court sets an in-person motion hearing for 2/12/2025 at 10:00 A.M. [Dkt.35]. Counsel for Plaintiff appeared.

4. Entered on February 18, 2025, the MINUTE entry before the Honorable John F. Kness said Plaintiff's response to Defendants' opposition to its motion for preliminary injunction shall be filed on or before 2/18/2025 [Dkt.47].

5. Due to various patents involved in this case, Plaintiff needs more time to prepare the

response to Defendants' opposition to its motion for preliminary injunction.

6. This is the first time for Plaintiff to extend the time to response.

7. A few days extension will not significantly delay proceedings or prejudice the defendants.

WHEREFORE, Plaintiff kindly requests that the time to file a reply is extended one week to February 25, 2025.

Dated:     February 18, 2025        Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR PLAINTIFF