# USD976993S & USD971989



① Adjusting device for adjusting rod length: Different shapes

② No bending

③ Wheels, you can move

① Adjustment device for the length of the rod

② Bending

③ Just a supporting foot.

The marked part is the difference

# US11720000 & USD971989

## ⟨ US11720000B1

2022-04-29 ● CN202221031966.8
Filing Date 申请日 | 优先权 | Priority Date

2023-01-19 ● US18/098933
Filing Date 申请日 | 当前专利 申请号 | Application Number

2023-08-08 ● US11720000B1
Grant Date 授权日, 首次公开日 | 当前专利 公开(公告)号 | Publication Number

2043-01-19 ● 计算依据 ⓘ
预估到期日
Estimated Expiration Date



1. A 360-degree camera device having atmosphere lamp, comprising:

a supporting platform;

a supporting spindle;

a supporting base; and

a rotating shooting bracket;

wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting surface are oppositely disposed; and the first light source is disposed in the interval area.

These highlighted features are not visible from USD971,989

# US11719380 & USD971989

## US11719380B1



| | | | |
|---|---|---|---|
| Filing Date 申请日 | 2022-04-15 | CN202220876418.9 优先权 | Priority Date 优先权 |
| Filing Date 申请日 | 2022-10-28 | US17/975642 当前专利 申请号 | Application Number |
| Grant Date授权日, 首次公开日 | 2023-08-08 | US11719380B1 当前专利 公开(公告)号 | Publication Number |
| Estimated Expiration Date | 2042-10-28 | 计算依据 ⓘ | |



1. supporting main shaft
110
110. anti-collision slots
220. supporting rods
2. supporting base
220. supporting rods
2211. evading slot

FIG. 2



1. A high-stability 360-degree photo booth, comprising:

a supporting main shaft; and

a supporting base;


These highlighted features are not visible from USD971,989

wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod.

•8. A high-stability 360-degree photo booth, comprising:a supporting stage;
•wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame.

•12. A high-stability 360-degree photo booth, comprising:a supporting stage; and
•a supporting main shaft;
•wherein a first connecting portion is disposed at a first end of the supporting main shaft, a second connecting portion sleeved on the first connecting portion is disposed at the supporting stage, a threaded through hole is defined in the second connecting portion, the threaded through hole is penetrated through by a locking screw to abut against an outer wall of the first connecting portion to reinforce connection between the supporting stage and the supporting main shaft;
•wherein further comprising a supporting base, the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod.

# US11665306 & USD971989

## US11665306B1



2022-11-18 ● US17/989933
**Filing Date** 申请日 [当前专利] [申请号] **Application Number**

2023-05-30 ● US11665306B1
授权日，首次公开日 [当前专利] [公开(公告)号] **Publication Number**
**Grant Date**

2042-11-18 ● 计算依据 ⓘ
预估到期日
**Estimated Expiration Date**



120. tempered glass

130. connecting element

6. light source
110. supporting element
3. supporting base
310. foot cup

4. rotating shooting bracket
5. video display device
9. light source
7. reflective mirror
8. second light source

FIG. 1

1. A camera device for shooting at 360-degree angle and displaying images comprising:

a supporting platform;

a supporting spindle;

a supporting base;

a rotating shooting bracket; and

a video display device;

wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and a display terminal of the video display device faces the tempered glass.

These highlighted features are not visible from USD971,989