| Defendant # | Infringed patent | Shared components | Shared components Not in prior arts |
|---|---|---|---|
| Defendant 130 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1. A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2. A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
| Defendant 133 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where | 1. At least two supporting rods intersecting and connected with each other.<br>2. A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>3. At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |

| | | the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | |
|---|---|---|---|
| Defendant 142 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1. At least two supporting rods intersecting and connected with each other.<br>2. A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft. At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |
| Defendant 142 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame | 1. A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2. A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| | | comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | |
|---|---|---|---|
| Defendant 142 | US11665306B1 | Claim 1:<br>A camera device for shooting at 360-degree angle and displaying images comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base;<br>a rotating shooting bracket; and<br>a video display device;<br>wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and a display terminal of the video display device faces the tempered glass. | 1. A tempered glass, the tempered glass is transparent.<br>2. An accommodation area is enclosed by the tempered glass and the supporting element.<br>3. A display terminal of the video display device faces the tempered glass. |
| Defendant 142 | US11720000B1 | Claim 1:<br>A 360-degree camera device havingatmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle; | 1. A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2. A first light source.<br>3. A reflecting mirror. |

| | | | |
|---|---|---|---|
| | | a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting surface are oppositely disposed; and the first light source is disposed in the interval area. | 4. The reflecting mirror and the reflecting surface are oppositely disposed; and<br>5. the first light source is disposed in the interval area. |
| Defendant 163 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where | 1. At least two supporting rods intersecting and connected with each other.<br>2. A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft. At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |

| | | the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | |
|---|---|---|---|
| Defendant 165 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1.  At least two supporting rods intersecting and connected with each other.<br>2.  A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |
| Defendant 166 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting | 1.  At least two supporting rods intersecting and connected with each other.<br>2.  A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft |

| | | | |
|---|---|---|---|
| | | ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |
| Defendant 167 | US11665306B1 | Claim 1:<br>A camera device for shooting at 360-degree angle and displaying images comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base;<br>a rotating shooting bracket; and<br>a video display device;<br>wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and a display terminal of the video display device faces the tempered glass. | 1. A tempered glass, the tempered glass is transparent.<br>2. An accommodation area is enclosed by the tempered glass and the supporting element.<br>A display terminal of the video display device faces the tempered glass. |

| | | | |
|---|---|---|---|
| Defendant 167 | US11720000B1 | Claim 1:<br>A 360-degree camera device havingatmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting surface are oppositely disposed; and the first light source is disposed in the interval area. | 1. A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2. A first light source.<br>3. A reflecting mirror.<br>4. The reflecting mirror and the reflecting surface are oppositely disposed; and<br>the first light source is disposed in the interval area. |
| Defendant 168 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of | 1. At least two supporting rods intersecting and connected with each other.<br>2. A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is |

| | | clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | engaged with the at least two supporting rods are or the at least one supporting rod. |
|---|---|---|---|
| Defendant 169 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1.  At least two supporting rods intersecting and connected with each other.<br>2.  A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |
| Defendant 170 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base; | 1.  At least two supporting rods intersecting and connected with each other.<br>2.  A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft. |

| | | | |
|---|---|---|---|
| | | wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |
| Defendant 173 | US11719380B1 | Claim 1: A high-stability 360-degree photo booth, comprising: a supporting main shaft; and a supporting base; wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1. At least two supporting rods intersecting and connected with each other. 2. A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft. At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |

| | | | |
|---|---|---|---|
| Defendant 181 | US11665306B1 | Claim 1:<br>A camera device for shooting at 360-degree angle and displaying images comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base;<br>a rotating shooting bracket; and<br>a video display device;<br>wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and a display terminal of the video display device faces the tempered glass. | 1. A tempered glass, the tempered glass is transparent.<br>2. An accommodation area is enclosed by the tempered glass and the supporting element.<br>A display terminal of the video display device faces the tempered glass. |
| Defendant 181 | US11720000B1 | Claim 1:<br>A 360-degree camera device havingatmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is | 1. A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2. A first light source.<br>3. A reflecting mirror.<br>4. The reflecting mirror and the reflecting surface are oppositely disposed; and<br>the first light source is disposed in the interval area. |

| | | | |
|---|---|---|---|
| | | configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting surface are oppositely disposed; and the first light source is disposed in the interval area. | |
| Defendant 183 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1. At least two supporting rods intersecting and connected with each other.<br>2. A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft. At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |

| | | | |
|---|---|---|---|
| Defendant 183 | US11665306B1 | Claim 1:<br>A camera device for shooting at 360-degree angle and displaying images comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base;<br>a rotating shooting bracket; and<br>a video display device;<br>wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and a display terminal of the video display device faces the tempered glass. | 1. A tempered glass, the tempered glass is transparent.<br>2. An accommodation area is enclosed by the tempered glass and the supporting element.<br>A display terminal of the video display device faces the tempered glass. |
| Defendant 183 | US11720000B1 | Claim 1:<br>A 360-degree camera device havingatmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is | 1. A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2. A first light source.<br>3. A reflecting mirror.<br>4. The reflecting mirror and the reflecting surface are oppositely disposed; and<br>the first light source is disposed in the interval area. |

| | | | |
|---|---|---|---|
| | | configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting surface are oppositely disposed; and the first light source is disposed in the interval area. | |
| Defendant 185 | US11719380B1 | Claim 1: A high-stability 360-degree photo booth, comprising: a supporting main shaft; and a supporting base; wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1. At least two supporting rods intersecting and connected with each other. 2. A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft. At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |

| | | | |
|---|---|---|---|
| Defendant 185 | US11665306B1 | Claim 1:<br>A camera device for shooting at 360-degree angle and displaying images comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base;<br>a rotating shooting bracket; and<br>a video display device;<br>wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and a display terminal of the video display device faces the tempered glass. | 1. A tempered glass, the tempered glass is transparent.<br>2. An accommodation area is enclosed by the tempered glass and the supporting element.<br>A display terminal of the video display device faces the tempered glass. |
| Defendant 185 | US11720000B1 | Claim 1:<br>A 360-degree camera device havingatmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is | 1. A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2. A first light source.<br>3. A reflecting mirror.<br>4. The reflecting mirror and the reflecting surface are oppositely disposed; and<br>the first light source is disposed in the interval area. |

| | | configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting surface are oppositely disposed; and the first light source is disposed in the interval area. | |
|---|---|---|---|
| Defendant 186 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1. At least two supporting rods intersecting and connected with each other.<br>2. A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br><br>At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |

| | | | |
|---|---|---|---|
| Defendant 186 | US11665306B1 | Claim 1:<br>A camera device for shooting at 360-degree angle and displaying images comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base;<br>a rotating shooting bracket; and<br>a video display device;<br>wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and a display terminal of the video display device faces the tempered glass. | 1. A tempered glass, the tempered glass is transparent.<br>2. An accommodation area is enclosed by the tempered glass and the supporting element.<br>A display terminal of the video display device faces the tempered glass. |
| Defendant 186 | US11720000B1 | Claim 1:<br>A 360-degree camera device havingatmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is | 1. A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2. A first light source.<br>3. A reflecting mirror.<br>4. The reflecting mirror and the reflecting surface are oppositely disposed; and<br>the first light source is disposed in the interval area. |

| | | | |
|---|---|---|---|
| | | configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting surface are oppositely disposed; and the first light source is disposed in the interval area. | |
| Defendant 192 | US11665306B1 | Claim 1:<br>A camera device for shooting at 360-degree angle and displaying images comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base;<br>a rotating shooting bracket; and<br>a video display device;<br>wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and a display terminal of the video display device faces the tempered glass. | 1. A tempered glass, the tempered glass is transparent.<br>2. An accommodation area is enclosed by the tempered glass and the supporting element.<br>A display terminal of the video display device faces the tempered glass. |

| Defendant 192 | US11720000B1 | Claim 1:<br>A 360-degree camera device having atmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting surface are oppositely disposed; and the first light source is disposed in the interval area. | 1. A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2. A first light source.<br>3. A reflecting mirror.<br>4. The reflecting mirror and the reflecting surface are oppositely disposed; and<br>the first light source is disposed in the interval area. |

| | | | |
|---|---|---|---|
| Defendant 307 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1. A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
| Defendant 307 | US11665306B1 | Claim 1:<br>A camera device for shooting at 360-degree angle and displaying images comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base;<br>a rotating shooting bracket; and<br>a video display device;<br>wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and | 1. A tempered glass, the tempered glass is transparent.<br>2. An accommodation area is enclosed by the tempered glass and the supporting element.<br>A display terminal of the video display device faces the tempered glass. |

| | | a display terminal of the video display device faces the tempered glass. | |
|---|---|---|---|
| Defendant 307 | US11720000B1 | Claim 1:<br>A 360-degree camera device having atmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting | 1. A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2. A first light source.<br>3. A reflecting mirror.<br>4. The reflecting mirror and the reflecting surface are oppositely disposed; and<br>the first light source is disposed in the interval area. |

| | | surface are oppositely disposed; and the first light source is disposed in the interval area. | |
|---|---|---|---|
| Defendant 308 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1. At least two supporting rods intersecting and connected with each other.<br>2. A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |

| | | | |
|---|---|---|---|
| Defendant 309 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1. At least two supporting rods intersecting and connected with each other.<br>2. A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |
| Defendant 310 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least | 1. At least two supporting rods intersecting and connected with each other.<br>2. A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |

| | | two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | |
|---|---|---|---|
| Defendant 311 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1. At least two supporting rods intersecting and connected with each other.<br>2. A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft. At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |

| | | | |
|---|---|---|---|
| Defendant 322 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
| Defendant 322 | US11665306B1 | Claim 1:<br>A camera device for shooting at 360-degree angle and displaying images comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base;<br>a rotating shooting bracket; and<br>a video display device;<br>wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and | 1.A tempered glass, the tempered glass is transparent.<br>2.An accommodation area is enclosed by the tempered glass and the supporting element.<br>A display terminal of the video display device faces the tempered glass. |

| | | a display terminal of the video display device faces the tempered glass. | |
|---|---|---|---|
| Defendant 322 | US11720000B1 | Claim 1:<br>A 360-degree camera device havingatmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting | 1.A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2.A first light source.<br>3.A reflecting mirror.<br>4.The reflecting mirror and the reflecting surface are oppositely disposed; and<br>the first light source is disposed in the interval area. |

| | | surface are oppositely disposed; and the first light source is disposed in the interval area. | |
|---|---|---|---|
| Defendant 323 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| | | | |
|---|---|---|---|
| Defendant 324 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1.At least two supporting rods intersecting and connected with each other.<br>2.A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>3.At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |
| Defendant 325 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least | 1.At least two supporting rods intersecting and connected with each other.<br>2.A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>3.At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |

| | | two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | |
|---|---|---|---|
| Defendant 326 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1.At least two supporting rods intersecting and connected with each other.<br>2.A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>3.At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |

| Defendant 327 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
|---|---|---|---|
| Defendant 328 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where | 1.At least two supporting rods intersecting and connected with each other.<br>2.A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>3.At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |

| | | the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | |
|---|---|---|---|
| Defendant 328 | US11665306B1 | Claim 1:<br>A camera device for shooting at 360-degree angle and displaying images comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base;<br>a rotating shooting bracket; and<br>a video display device;<br>wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and a display terminal of the video display device faces the tempered glass. | 1.A tempered glass, the tempered glass is transparent.<br>2.An accommodation area is enclosed by the tempered glass and the supporting element.<br>A display terminal of the video display device faces the tempered glass. |

| | | | |
|---|---|---|---|
| Defendant 328 | US11720000B1 | Claim 1:<br>A 360-degree camera device having atmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting surface are oppositely disposed; and the first light source is disposed in the interval area. | 1.A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2.A first light source.<br>3.A reflecting mirror.<br>4.The reflecting mirror and the reflecting surface are oppositely disposed; and<br>the first light source is disposed in the interval area. |

| | | | |
|---|---|---|---|
| Defendant 329 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1.At least two supporting rods intersecting and connected with each other.<br>2.A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>3.At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |
| Defendant 329 | US11665306B1 | Claim 1:<br>A camera device for shooting at 360-degree angle and displaying images comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base;<br>a rotating shooting bracket; and<br>a video display device;<br>wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support | 1.A tempered glass, the tempered glass is transparent.<br>2.An accommodation area is enclosed by the tempered glass and the supporting element.<br>A display terminal of the video display device faces the tempered glass. |

| | | the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and a display terminal of the video display device faces the tempered glass. | |
|---|---|---|---|
| Defendant 329 | US11720000B1 | Claim 1:<br>A 360-degree camera device havingatmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting | 1.A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2.A first light source.<br>3.A reflecting mirror.<br>4.The reflecting mirror and the reflecting surface are oppositely disposed; and<br>the first light source is disposed in the interval area. |

| | | surface are oppositely disposed; and the first light source is disposed in the interval area. | |
|---|---|---|---|
| Defendant 330 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1.At least two supporting rods intersecting and connected with each other.<br>2.A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>3.At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |

| | | | |
|---|---|---|---|
| Defendant 330 | US11665306B1 | Claim 1:<br>A camera device for shooting at 360-degree angle and displaying images comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base;<br>a rotating shooting bracket; and<br>a video display device;<br>wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and a display terminal of the video display device faces the tempered glass. | 1.A tempered glass, the tempered glass is transparent.<br>2.An accommodation area is enclosed by the tempered glass and the supporting element.<br>A display terminal of the video display device faces the tempered glass. |
| Defendant 330 | US11720000B1 | Claim 1:<br>A 360-degree camera device havingatmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is | 1.A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2.A first light source.<br>3.A reflecting mirror.<br>4.The reflecting mirror and the reflecting surface are oppositely disposed; and<br>the first light source is disposed in the interval area. |

| | | configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting surface are oppositely disposed; and the first light source is disposed in the interval area. | |
|---|---|---|---|
| Defendant 332 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| | | | |
|---|---|---|---|
| Defendant 333 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
| Defendant 340 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| | | | |
|---|---|---|---|
| Defendant 341 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
| Defendant 342 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| | | | |
|---|---|---|---|
| Defendant 343 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
| Defendant 344 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| Defendant 345 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
|---|---|---|---|
| Defendant 346 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| Defendant 347 | US11719380B1 | Claim 1: A high-stability 360-degree photo booth, comprising: a supporting main shaft; and a supporting base; wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1.At least two supporting rods intersecting and connected with each other. 2.A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft. 3.At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |
|---|---|---|---|
| Defendant 347 | US11665306B1 | Claim 1: A camera device for shooting at 360-degree angle and displaying images comprising: a supporting platform; a supporting spindle; a supporting base; a rotating shooting bracket; and a video display device; wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support | 1.A tempered glass, the tempered glass is transparent. 2.An accommodation area is enclosed by the tempered glass and the supporting element. A display terminal of the video display device faces the tempered glass. |

| | | the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and a display terminal of the video display device faces the tempered glass. | |
|---|---|---|---|
| Defendant 347 | US11720000B1 | Claim 1:<br>A 360-degree camera device havingatmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting | 1.A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2.A first light source.<br>3.A reflecting mirror.<br>4.The reflecting mirror and the reflecting surface are oppositely disposed; and<br>the first light source is disposed in the interval area. |

| | | surface are oppositely disposed; and the first light source is disposed in the interval area. | |
|---|---|---|---|
| Defendant 348 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| | | | |
|---|---|---|---|
| Defendant 352 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
| Defendant 353 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| | | | |
|---|---|---|---|
| Defendant 354 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
| Defendant 355 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| | | | |
|---|---|---|---|
| Defendant 356 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
| Defendant 357 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| Defendant 358 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
|---|---|---|---|
| Defendant 359 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| | | | |
|---|---|---|---|
| Defendant 360 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
| Defendant 361 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| | | | |
|---|---|---|---|
| Defendant 362 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
| Defendant 363 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| | | | |
|---|---|---|---|
| Defendant 364 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
| Defendant 365 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |

| | | | |
|---|---|---|---|
| Defendant 382 | US11719380B1 | Claim 8:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting stage;<br>wherein the supporting stage comprises a supporting cover plate and a reinforcement frame, and a shock absorber is disposed between the supporting cover plate and the reinforcement frame, wherein reinforcement frame comprises a plurality of sub-frames connected with a main shaft, and the reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. | 1.A shock absorber is disposed between the supporting cover plate and the reinforcement frame.<br>2.A reinforcement frame is stellar shaped, and the shock absorber has a stellar shaped corresponding to the reinforcement frame. |
| Defendant 382 | US11665306B1 | Claim 1:<br>A camera device for shooting at 360-degree angle and displaying images comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base;<br>a rotating shooting bracket; and<br>a video display device;<br>wherein the supporting platform comprises a supporting element and a tempered glass, the tempered glass is transparent, the supporting element is configured to support the tempered glass, an accommodation area is enclosed by the tempered glass and the supporting element; the video display device is disposed on the accommodation area, and | 1.A tempered glass, the tempered glass is transparent.<br>2.An accommodation area is enclosed by the tempered glass and the supporting element.<br>A display terminal of the video display device faces the tempered glass. |

| | | a display terminal of the video display device faces the tempered glass. | |
|---|---|---|---|
| Defendant 382 | US11720000B1 | Claim 1:<br>A 360-degree camera device havingatmosphere lamp, comprising:<br>a supporting platform;<br>a supporting spindle;<br>a supporting base; and<br>a rotating shooting bracket;<br>wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror; the first supporting element is configured to support the tempered glass; the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface; an interval area is disposed between the tempered glass and the reflecting mirror, the reflecting mirror and the reflecting | 1.A tempered glass, the tempered glass is a single-sided perspective glass comprising a light-transmitting surface and a reflecting surface<br>2.A first light source.<br>3.A reflecting mirror.<br>4.The reflecting mirror and the reflecting surface are oppositely disposed; and<br>the first light source is disposed in the interval area. |

| | | surface are oppositely disposed; and the first light source is disposed in the interval area. | |
|---|---|---|---|
| Defendant 383 | US11719380B1 | Claim 1:<br>A high-stability 360-degree photo booth, comprising:<br>a supporting main shaft; and<br>a supporting base;<br>wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, or the supporting base comprises a supporting ring and at least one supporting rod connected to the supporting ring; a plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft, and the at least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. | 1.At least two supporting rods intersecting and connected with each other.<br>2.A plurality of anti-collision slots capable of clamping the at least two supporting rod is defined at a first end of the supporting main shaft.<br>3.At least two supporting rods are or the at least one supporting rod is welded to the supporting main shaft at a position where the supporting main shaft is engaged with the at least two supporting rods are or the at least one supporting rod. |