IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Marvel Technology (China) Co., Limited, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-5280 |
| v. | ) ) ) ) ) | District Judge: John F. Kness<br><br>Magistrate Judge Maria Valdez |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) | |
| Defendants. | ) | |

## SUPPLEMENT TO REPLY TO DEFENDANT CUCUMBER DESIGN'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**NOW COMES** Plaintiff, Marvel Technology (China) Co., Limited ("Plaintiff"), by and through its undersigned counsel, submits this supplement to reply to Defendants' opposition to its motion for preliminary injunction [Dkt.36-37].

The reason for filing the supplement is that Plaintiff now has evidence proving it sold its product in June 22, 2021, which establishes the validity of Plaintiff's patents. *See Exhibit* 3. Under 35 U.S.C. § 102(b)(1), the one-year grace period allows an inventor to file a patent application within one year of certain disclosures without losing patent rights.

Here, Participating Defendants argue that Kemeituo began marketing and wholesaling its accused 360-degree shooting equipment on 1688.com as early as March 4, 2022, predating the earliest priority date of Plaintiff's patents, April 15, 2022 [Dkt.37]. However, Plaintiff's sale of the invention in June 22, 2021 and timely patent application within the one-year grace period

confirm that its patents remain valid.

Because Plaintiff's patents were filed within the statutory timeframe, their validity is unaffected by Kemeituo's sale of the accused product on March 3, 2022.

Shenzhen Qunan Electronic Technology Co., Ltd., the Defendant who filed the Memorandum in Opposition [Dkt. 44], reached out to Plaintiff on February 23, 2025, to discuss a potential settlement in a positive manner. Plaintiff may dismiss this Defendant in the coming days.

Dated: February 26, 2025

Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR PLAINTIFF