| My Alibaba | English |

Home > My Alibaba > Order Management > Order details

**Trade Assurance Order** — Coverage concluded, limit released

Buyer: Order number: 95502318501023905 — Copy Order Link

Order → Payment → Dispatch → Delivery → Review

**Order complete**
The order is complete. The buyer didn't written a review in time.

常见问题

### Fund Details — Manage Cash Withdrawal | Transactions

✅ Paid in Full

USD 1,480.00

| Funds Status: | Paid in Full |
| Agreed Total Amount: | USD 1,480.00 |
| Actual Transaction Fee: | USD 29.60 |

Accepted payment methods: visa, mastercard, T/T, PAYPAL, PAYPAL_BNPL, APPLE_PAY, GOOGLE_PAY, PIX, OXXO, BILLIE, GC_REAL_TIME_BANK_TRANSFER

T/T bank account： Account

### Shipment details — Delivery management

○ Pending shipment  ○ Shipping in progress  ○ Shipped  ○ Receipt confirmed

Actual Shipment Date: 2021-06-28 08:38:00
Shipment Date: 2021-07-12  Dispatched as scheduled
Export & Shipping: Convenient Delivery Express
Latest logistics: 快件已被签收,签收人【陈生】 2021-07-02 18:48:37   View more

> Operation history

## Order details

Order number: 95502318501023905   Order Date: 2021-06-22 05:07:50   Order Type: Trade Assurance Order

[Reorder]  [View contract]

| No. | Product name | Product image | Spec/Specs | Quantity | Unit | Unit price | Total |
|---|---|---|---|---|---|---|---|
| 1 | 80cm 360 Degree Slow Motion Doel Photobooth 360 Photobooth Machine Intelligent Operation 360 Photo Booth | | - | 1.00 | Pieces | USD 1,480.0000 | USD 1,480.00 |

Product Description: 1200usd FOR PRODUCT, 280USD FOR FLIGHT CASE PACKAGE WITH 120CM PLATE, NOT INCLUDING SHIPPING COST ACCESSORY LIST INCLUDING: Bracket for phone, pad, circle LED light, remote controller

Product Quantity **1.00**   Total Price **USD 1,480.00**

### Shipment terms

| Shipping method | Shipping fee |
|---|---|
| Express | - |

| Shipment date |
|---|
| Ship 20 day(s) after full payment is received |

| Shipping address |
|---|
| Jerry photobooth, United States (USA),East los angeles,California,United States of America,0000 |

💬 Messenger 19

| Trade terms | Export mode |
|---|---|
| EXW:You need to prepare the goods and inform the buyer to pick it up at the nominated factory place. | Convenient Delivery |

## Payment terms

| Payment method | Order total |
|---|---|
|  **Online Transfer** | USD 1,480.00 |

## Trade Assurance terms

**Trade Assurance**

- The buyer will be eligible for a refund if you do not ship the goods on time.
- If the quality of the products does not match the standards set in your contract, the buyer will be eligible for a refund within 30 days of delivery.

## Order notes

-

## Buyer and seller information

**Supplier:**

Contact name: Mike Zhang
Registered company address: CN,Guangdong,Shenzhen,6/F, 14th Building, Longbi Industrial Area, No. 27, Dafa Road, Bantian Street, Longgang Dist.
Company tel: 86-755-28222719
Company email: sales36@marveltechnology.cn

**Buyer:**

**Softie ltd.**
Contact name: 
Registered company address: US,California,San ysidro,A64
Company tel: 1-619-8294463
Company email: gerardomarquillo@gmail.com

[Download]

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

 © 1999-2024 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4