**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Marvel Technology (China) Co., Limited, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  1:24-cv-5280 |
| v. | ) ) ) ) ) | District Judge: John F. Kness  Magistrate Judge Maria Valdez |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S ANSWER TO COUNTERCLAIMS**

**NOW COMES** Plaintiff, Marvel Technology (China) Co., Limited ("Plaintiff"), by and through its undersigned counsel, answers the Counterclaims filed by Defendant stores Sabeeney (#130), ACHHA TECHNOLOGY INC (#133), FTY360 (#142), SX LLC (#163), FASHINN360 (#381), TOPS Tech (#382), Shenzhen Vanplex Co., Ltd. (#165, #173), Shenzhen Hywinlife Co., Ltd (#166), Shenzhen Rossmine Co., Ltd. (#167), Shenzhen WiViTouch Technology Co., Ltd. (#168, #186), Shenzhen Fantasy View Technology Co., Ltd. (#169-#170, #183), Chengdu Tops Technology Co., Ltd. (#181), Shenzhen Furmores Technology Co., Ltd (#185), Shenzhen SeenTok Co, Ltd (#192), Furmores Official Store (#307–#311), HYWINLIFE Official Store (#322–#332), Rossmine Official Store (#339–#347), Evegogo Store (#351–#358), Vanplex Photo Booth Store (#362–#364), and Shenzhen Qunan Electronic Technology Co., Ltd. (hereinafter, the "Defendants") on February 12, 2025 [Dkt. 45], by corresponding paragraph number as follows:

## I. GENERAL ALLEGATIONS

Plaintiff admitted the earliest priority date among Plaintiff's patents is April 15, 2022. Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the rest of allegations set forth in this paragraph, and therefore deny the same.

## II. COUNT I – NONINFRINGEMENT

Plaintiff denied it.

## III. COUNT II-INVALIDITY

Plaintiff denied it.

## IV. PRAYER FOR RELIEF

Plaintiff denies that Defendants are entitled to any relief requested by the Counterclaims or any other relief.

Dated: March 5, 2025

Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR PLAINTIFF