# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Marvel Technology (China) Co., Limited

                                                                                     Plaintiff,

v.                                                                                                            Case No.: 1:24−cv−05280

                                                                                                            Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2025:

       MINUTE entry before the Honorable John F. Kness: In−person motion hearing held on 3/12/2025. For the reasons stated on the record, the motion to dismiss [39] of Defendant Luxury Looks (which did not appear at the hearing) is denied. Defendant Luxury Looks must answer Plaintiff's complaint on or before 4/2/2025. Plaintiff's motion for preliminary injunction [26] is taken under advisement. Defendants are given leave to file an amended answer and counterclaim on or before 3/21/2025. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.