# EXHIBIT A



# Seller Information

Account Info

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|
| Amazon.com.mx | DISPLAY NAME<br>EIJOFI<br>STOREFRONT LINK<br>www.amazon.com.mx/shops/EIJOFI | | EMAIL<br>xuyouuxc0291@163.com<br>PHONE<br>(None) Click Edit to set<br>REPLY TO EMAIL<br>xuyouuxc0291@163.com | |

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|
| Amazon.com.br | DISPLAY NAME<br>EIJOFI<br>STOREFRONT LINK<br>www.amazon.com.br/shops/EIJOFI | | EMAIL<br>xuyouuxc0291@163.com<br>PHONE<br>(None) Click Edit to set<br>REPLY TO EMAIL<br>xuyouuxc0291@163.com | |

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|
| | DISPLAY NAME | | details | |

FEEDBACK ✕

1/2



EIJOFI

**STOREFRONT LINK**
www.amazon.ca/shops/EIJOFI

**EMAIL**
xuyouuxc0291@163.com

**PHONE**
(None) Click Edit
to set

**REPLY TO EMAIL**
xuyouuxc0291@163.com

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|

 Amazon.com

**DISPLAY NAME**
EIJOFI

**STOREFRONT LINK**
www.amazon.com/shops/EIJOFI

**EMAIL**
xuyouuxc0291@163.com

**PHONE**
(None) Click Edit
to set

**REPLY TO EMAIL**
xuyouuxc0291@163.com

Help | Program Policies | English ▾ |  Download the Amazon Seller mobile app | ⬈ Next Gen Selling

© 1999-2025, Amazon.com, Inc. or its affiliates



FEEDBACK ✕



☰ amazon seller central | WANGQIANEW | United States  Search 🔍  ✉ ⚙ EN ▾ Help

🔖  Add Products   Add Products via Upload   Upload and Manage Videos   View Selling Applications   Manage All Inventory   •••   Edit

‹ Performance notifications

February 27, 2025

**Notice: Policy Warning**



FEEDBACK ✕

https://sellercentral.amazon.com/performance/notifications/056f6ea8-bade-42fa-b532-814418659482?ref_=xx_swlang_head_xx&mons_sel_locale=en_US&languageSwitched=1

1/3

# amazon

Hello,

We removed the listings below.
ASIN: B0DY4578ZR
Infringement type: Patent
IP asserted: 12,042,741
Complaint ID: 17277027641
Rights owner name: MAWIR
Rights owner email: MichaelJonathan1983@outlook.com

Why did this happen?
We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to review:
-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.
-- A letter of non-infringement from legal counsel.
-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:
-- Rights owner name:  MAWIR
-- Rights owner email: MichaelJonathan1983@outlook.com

Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property Policy.
-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,
Amazon.com

FEEDBACK ✕



amazon seller central | WANGQIANEW | United States

Search

☰ | ✉ | ⚙ | EN ▼ | Help

🔖 | Add Products | Add Products via Upload | Upload and Manage Videos | View Selling Applications | Manage All Inventory | ⋯ | Edit

‹ Performance notifications

February 27, 2025
**Notice: Policy Warning**



# amazon

Hello,

We removed the listings below.
ASIN: B0DY4CJG3J
B0DY4KGZ2P
Infringement type: Patent
IP asserted: 12,042,741
Complaint ID: 17276244671
Rights owner name:  MAWIR
Rights owner email: MichaelJonathan1983@outlook.com

Why did this happen?
We removed some of your listings because we received a report from a rights
owner alleging they may infringe upon their patent. This is against Amazon policies.
Sellers on Amazon must comply with Amazon listing policies and are not allowed to
sell products violating Amazon policies
(https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to
review:
-- A court order stating you are allowed to sell the products and hence are not
violating Amazon policy for each of the listings mentioned in the deactivation
notification.
-- A letter of non-infringement from legal counsel.
-- Work directly with the rights owner who reported the violation to submit a
retraction. We may only accept retractions that the rights owner submits to us
directly. We do not accept forwarded or attached retractions. These are the rights
owner's contact details:
-- Rights owner name:  MAWIR
-- Rights owner email: MichaelJonathan1983@outlook.com

Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your
explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property
Policy.
-- Evidence that shows the removed listings have complied with the Amazon
Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance
section on Account Health
(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa).
Locate the deactivation record for the listings you want to appeal and click on the
Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation
record will remain on your Account Health page for up to 180 days after the
notification or until the violation is addressed. Leaving this or other policy violations
unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual
property rights of others, search for "Intellectual Property Policy" in Seller Central
Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may
contact us for more information if required
(https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance
(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or
select Account Health on the home screen of the Amazon Seller app on your iOS or
Android device. The Account Health page shows how well your account is
performing against the performance metrics and policies required to sell on
Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-
seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?
id=com.amazon.sellermobile.android&hl=en_US

Thank you,
Amazon.com





# Seller Information

Account Info

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|
| 🇲🇽 Amazon.com.mx | DISPLAY NAME<br>Huang-us<br><br>STOREFRONT LINK<br>(None) Click Edit to set | | EMAIL<br>yushengshop9417@163.com<br><br>PHONE<br>(None) Click Edit to set<br><br>REPLY TO EMAIL<br>yushengshop9417@163.com | |

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|
| 🇧🇷 Amazon.com.br | DISPLAY NAME<br>shopus-M<br><br>STOREFRONT LINK<br>(None) Click Edit to set | | EMAIL<br>yushengshop9417@163.com<br><br>PHONE<br>(None) Click Edit to set<br><br>REPLY TO EMAIL<br>yushengshop9417@163.com | |

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|
| | DISPLAY NAME | | details | |



FEEDBACK ✕



| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|

 Amazon.ca

**STOREFRONT LINK**
(None) Click Edit to set

**EMAIL**
yushengshop9417@163.com

**PHONE**
(None) Click Edit to set

**REPLY TO EMAIL**
yushengshop9417@163.com

---

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|

 Amazon.com

**DISPLAY NAME**
Huang-us

**STOREFRONT LINK**
www.amazon.com/shops/Huang-us

**EMAIL**
yushengshop9417@163.com

**PHONE**
(None) Click Edit to set

**REPLY TO EMAIL**
yushengshop9417@163.com

---

Help | Program Policies | English ▾ | Download the Amazon Seller mobile app | ⧉ Next Gen Selling

© 1999-2025, Amazon.com, Inc. or its affiliates



FEEDBACK ✕



3/11/25, 8:45 PM

amazon seller central

Huang-us | United States

Search

EN ▼   Help   Edit

Manage All Inventory   Manage Orders   A+ Content Manager   Add Products   Campaign Manager   Feedback Manager

‹ Performance notifications

February 26, 2025

**Notice: Policy Warning**



# amazon

Hello,

We removed the listings below.
ASIN: B0DY4M1TB6
B0DY4LJSJK
B0DY4LW4Q2
B0DY4LSFHF
B0DY4LP56J
Infringement type: Patent
IP asserted: 12,042,741
Complaint ID: 17276244671
Rights owner name: MAWIR
Rights owner email: MichaelJonathan1983@outlook.com

Why did this happen?
We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to review:
-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.
-- A letter of non-infringement from legal counsel.
-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:
-- Rights owner name:  MAWIR
-- Rights owner email: MichaelJonathan1983@outlook.com

Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property Policy.
-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,
Amazon.com



FEEDBACK ✕

Case: 1:24-cv-05280 Document #: 56-1 Filed: 03/11/25 Page 12 of 30 PageID #:4397



February 26, 2025

**Notice: Policy Warning**



# amazon

Hello,

We removed the listings below.
ASIN: B0DY4M8P4S
B0DY4R1B8B
B0DY4NCZ3J
B0DY4LSCQW
B0DY4MQLKX
B0DY4P4M79
B0DY4M9RVD
B0DY4M84N6
B0DY4J9TVN
B0DY4M74B9
B0DY4MMFNN
B0DY4MQ5S8
B0DY4LH33P
B0DY4PVN16
B0DY4JJWLZ
B0DY4MZQ5H
B0DY4P29FM
B0DY4M4XX7
B0DY4PKYSX
B0DY4P51WX
Infringement type: Patent
IP asserted: 12,042,741
Complaint ID: 17276374471
Rights owner name: MAWIR
Rights owner email: MichaelJonathan1983@outlook.com

Why did this happen?
We removed some of your listings because we received a report from a
rights owner alleging they may infringe upon their patent. This is against
Amazon policies. Sellers on Amazon must comply with Amazon listing
policies and are not allowed to sell products violating Amazon policies
(https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below
for us to review:
-- A court order stating you are allowed to sell the products and hence are
not violating Amazon policy for each of the listings mentioned in the
deactivation notification.
-- A letter of non-infringement from legal counsel.
-- Work directly with the rights owner who reported the violation to submit a
retraction. We may only accept retractions that the rights owner submits to
us directly. We do not accept forwarded or attached retractions. These are
the rights owner's contact details:
-- Rights owner name:  MAWIR
-- Rights owner email: MichaelJonathan1983@outlook.com

Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your
explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual
Property Policy.
-- Evidence that shows the removed listings have complied with the
Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy
Compliance section on Account Health
(https://sellercentral.amazon.com/performance/dashboard?
ref=ah_em_mpa). Locate the deactivation record for the listings you want
to appeal and click on the Appeal button next to the record to submit your
appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the
violation record will remain on your Account Health page for up to 180 days
after the notification or until the violation is addressed. Leaving this or other
policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the
intellectual property rights of others, search for "Intellectual Property
Policy" in Seller Central Help
(https://sellercentral.amazon.com/gp/help/external/201361070). You may
contact us for more information if required
(https://sellercentral.amazon.com/cu/contact-us)

FEEDBACK ✕

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,
Amazon.com

Help    Program Policies    English     Download the Amazon Seller mobile app     Next Gen Selling

© 1999-2025, Amazon.com, Inc. or its affiliates



FEEDBACK ✕



‹ Performance notifications

February 26, 2025

**Notice: Policy Warning**



FEEDBACK ✕

# amazon

Hello,

We removed the listings below.
ASIN: B0DY4J7KDG
B0DY4M1QJY
B0DY4M88MK
B0DY1DM7DV
B0DY4MDWPZ
B0DY4M1KF7
B0DY75J8CS
B0DXZXN19L
B0DY4LNBCY
B0DY1434Y5
B0DY4HZKP4
B0DY4LYCJK
B0DY4K1ZSL
B0DY4L9VFB
B0DY4GCTYL
B0DY4M8FXK
B0DY4JDGXF
B0DY4MB5CK
B0DY4JHK9X
B0DY198L3H
Infringement type: Patent
IP asserted: 12,042,741
Complaint ID: 17276288591
Rights owner name:  MAWIR
Rights owner email: MichaelJonathan1983@outlook.com

Why did this happen?
We removed some of your listings because we received a report from a
rights owner alleging they may infringe upon their patent. This is against
Amazon policies. Sellers on Amazon must comply with Amazon listing
policies and are not allowed to sell products violating Amazon policies
(https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below
for us to review:
-- A court order stating you are allowed to sell the products and hence are
not violating Amazon policy for each of the listings mentioned in the
deactivation notification.
-- A letter of non-infringement from legal counsel.
-- Work directly with the rights owner who reported the violation to submit a
retraction. We may only accept retractions that the rights owner submits to
us directly. We do not accept forwarded or attached retractions. These are
the rights owner's contact details:
-- Rights owner name:  MAWIR
-- Rights owner email: MichaelJonathan1983@outlook.com

Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your
explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual
Property Policy.
-- Evidence that shows the removed listings have complied with the
Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy
Compliance section on Account Health
(https://sellercentral.amazon.com/performance/dashboard?
ref=ah_em_mpa). Locate the deactivation record for the listings you want
to appeal and click on the Appeal button next to the record to submit your
appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the
violation record will remain on your Account Health page for up to 180 days
after the notification or until the violation is addressed. Leaving this or other
policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the
intellectual property rights of others, search for "Intellectual Property
Policy" in Seller Central Help
(https://sellercentral.amazon.com/gp/help/external/201361070). You may
contact us for more information if required
(https://sellercentral.amazon.com/cu/contact-us)

FEEDBACK ×

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard? ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details? id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Help    Program Policies    English     Download the Amazon Seller mobile app     Next Gen Selling

© 1999-2025, Amazon.com, Inc. or its affiliates





3/11/25, 6:50 PM

# Seller Information

Account Info

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|
| 🇲🇽 Amazon.com.mx | **DISPLAY NAME** <br> 360 Photo Booth Inc <br><br> **STOREFRONT LINK** <br> www.amazon.com.mx/shops/OGZSP | | **EMAIL** <br> vhvgcg45515@outlook.com <br><br> **PHONE** <br> (None) Click Edit to set <br><br> **REPLY TO EMAIL** <br> vhvgcg45515@outlook.com | |

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|
| 🇧🇷 Amazon.com.br | **DISPLAY NAME** <br> 360 Photo Booth Inc <br><br> **STOREFRONT LINK** <br> www.amazon.com.br/shops/OGZSP | | **EMAIL** <br> vhvgcg45515@outlook.com <br><br> **PHONE** <br> (None) Click Edit to set <br><br> **REPLY TO EMAIL** <br> vhvgcg45515@outlook.com | |

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|
| | **DISPLAY NAME** | | | |

FEEDBACK ✕







360 Photo Booth
Inc

**STOREFRONT LINK**
www.amazon.ca/shops/OGZSP

**EMAIL**
vhvgcg45515@outlook.com

**PHONE**
(None) Click Edit
to set

**REPLY TO EMAIL**
vhvgcg45515@outlook.com

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|
| 🇺🇸 Amazon.com | **DISPLAY NAME** 360 Photo Booth Inc **STOREFRONT LINK** www.amazon.com/shops/OGZSP | | **EMAIL** vhvgcg45515@outlook.com **PHONE** (None) Click Edit to set **REPLY TO EMAIL** vhvgcg45515@outlook.com | |

Help | Program Policies | English ⌄  Download the Amazon Seller mobile app | ⧉ Next Gen Selling

© 1999-2025, Amazon.com, Inc. or its affiliates



FEEDBACK ✕



‹ Performance notifications

February 28, 2025
## Notice: Policy Warning



**amazon**

Hello,

We removed the listings below.

ASIN: B0DY7N8R72
B0DY16PCBT
B0DXZVX4V7
B0DXZXNNNV
Infringement type: Patent
IP asserted:     US 12,042,741B2
Complaint ID: 17303713311
Rights owner name: MAWIR
Rights owner email: MichaelJonathan1983@outlook.com


Why did this happen?
We removed some of your listings because we received a report from a rights
owner alleging they may infringe upon their patent. This is against Amazon policies.
Sellers on Amazon must comply with Amazon listing policies and are not allowed to
sell products violating Amazon policies
(https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to
review:
-- A court order stating you are allowed to sell the products and hence are not
violating Amazon policy for each of the listings mentioned in the deactivation
notification.
-- A letter of non-infringement from legal counsel.
-- Work directly with the rights owner who reported the violation to submit a
retraction. We may only accept retractions that the rights owner submits to us
directly. We do not accept forwarded or attached retractions. These are the rights
owner's contact details:
-- Rights owner name: MAWIR
-- Rights owner email: MichaelJonathan1983@outlook.com


Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your
explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property
Policy.
-- Evidence that shows the removed listings have complied with the Amazon
Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance
section on Account Health
(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa).
Locate the deactivation record for the listings you want to appeal and click on the
Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation
record will remain on your Account Health page for up to 180 days after the
notification or until the violation is addressed. Leaving this or other policy violations
unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual
property rights of others, search for "Intellectual Property Policy" in Seller Central
Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may
contact us for more information if required
(https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance
(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or
select Account Health on the home screen of the Amazon Seller app on your iOS or
Android device. The Account Health page shows how well your account is
performing against the performance metrics and policies required to sell on
Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-
seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?
id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

Help | Program Policies | English | Download the Amazon Seller mobile app | Next Gen Selling

© 1999-2025, Amazon.com, Inc. or its affiliates



FEEDBACK ✕



# Seller Information

Account Info

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|
| 🇲🇽 Amazon.com.mx | **DISPLAY NAME** XAZIMO | | **EMAIL** nurungoy3482@163.com | |
| | **STOREFRONT LINK** www.amazon.com.mx/shops/XAZIMO | | **PHONE** (None) Click Edit to set | |
| | | | **REPLY TO EMAIL** nurungoy3482@163.com | |

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|
| 🇧🇷 Amazon.com.br | **DISPLAY NAME** XAZIMO | | **EMAIL** nurungoy3482@163.com | |
| | **STOREFRONT LINK** www.amazon.com.br/shops/XAZIMO | | **PHONE** (None) Click Edit to set | |
| | | | **REPLY TO EMAIL** nurungoy3482@163.com | |

| Marketplace | Store details | Edit | Customer service details | Edit |
|---|---|---|---|---|
| | **DISPLAY NAME** | | | |

FEEDBACK ✕





XAZIMO

**STOREFRONT LINK**
www.amazon.ca/shops/XAZIMO

**EMAIL**
nurungoy3482@163.com

**PHONE**
(None) Click Edit
to set

**REPLY TO EMAIL**
nurungoy3482@163.com

| Marketplace | Store details | Edit | Customer service details | Edit |
| --- | --- | --- | --- | --- |
| 🇺🇸 Amazon.com | **DISPLAY NAME**<br>XAZIMO<br><br>**STOREFRONT LINK**<br>www.amazon.com/shops/XAZIMO | | **EMAIL**<br>nurungoy3482@163.com<br><br>**PHONE**<br>(None) Click Edit<br>to set<br><br>**REPLY TO EMAIL**<br>nurungoy3482@163.com | |

Help    Program Policies     English ▾     Download the Amazon Seller mobile app     Next Gen Selling

© 1999-2025, Amazon.com, Inc. or its affiliates



FEEDBACK



amazon seller central | ZHANGFENGMING | United States

Search

Manage All Inventory    Add Products    Seller University    Manage Orders    Campaign Manager    Shipments    Create MCF Order    Edit

‹ Performance notifications

February 27, 2025
**Notice: Policy Warning**



2025/3/12 09:48

**amazon**

Hello,

We removed the listings below.
ASIN: B0DY48XZ58
B0DY4QDT9J
B0DY4834PF
B0DY42138W
B0DY4578ZR
B0DY42ZGYM
B0DY4C58YH
B0DY3RW5JN
B0DY3XQC8M
Infringement type: Patent
IP asserted: 12,042,741
Complaint ID: 17277027641
Rights owner name:  MAWIR
Rights owner email: MichaelJonathan1983@outlook.com

Why did this happen?
We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to review:
-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.
-- A letter of non-infringement from legal counsel.
-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:
-- Rights owner name:  MAWIR
-- Rights owner email: MichaelJonathan1983@outlook.com

Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property Policy.
-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US





Help | Program Policies

Thank you,
Amazon.com



...mazon.com, Inc. or its affiliates

FEEDBACK

2025/3/12 09:48

Case: 1:24-cv-05280 Document #: 56-1 Filed: 03/21/25 Page 28 of 30 PageID #:4413



☰ **amazon** seller central | ZHANGFENGMING | United States | Search 🔍 | ✉ ⚙ EN ▾ Help

🔖 Manage All Inventory  Add Products  Seller University  Manage Orders  Campaign Manager  Shipments  Create MCF Order  Edit

‹ Performance notifications

February 27, 2025
## Notice: Policy Warning



FEEDBACK ✕

# amazon

Hello,

We removed the listings below.
ASIN: B0DY4BNP7L
B0DY42ZHKG
B0DY13YND2
B0DY4KGZ2P
B0DY4CJG3J
B0DY46VWCF
B0DY44JGN1
B0DY7K92J4
B0DY446FRH
B0DY4D1261
B0DY454YPT
B0DY4DNZ1Z
B0DY15H6HR
Infringement type: Patent
IP asserted: 12,042,741
Complaint ID: 17276244671
Rights owner name:  MAWIR
Rights owner email: MichaelJonathan1983@outlook.com

Why did this happen?
We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to review:
-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.
-- A letter of non-infringement from legal counsel.
-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:
-- Rights owner name:  MAWIR
-- Rights owner email: MichaelJonathan1983@outlook.com

Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property Policy.
-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-



FEEDBACK

Help | Program Policies

mazon.com, Inc. or its affiliates

seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,
Amazon.com

