**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Marvel Technology (China) Co., Limited

Plaintiff,

v.

Case No.:
1:24−cv−05280

Honorable John F.
Kness

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2025:

     MINUTE entry before the Honorable John F. Kness: A telephonic motion hearing on Defendant Luxury Looks' motion for reconsideration [58] is set for 4/15/2025 at 9:30 A.M. Defendant Luxury Looks, which failed to appear at the previous hearing in this matter (see Dkt. [55]), is specifically warned that, if it does not appear by telephone in support of its motion for reconsideration, the motion will be summarily denied. The parties are to use the following call−in number: 1−855−244−8681, Access Code: 2315 003 3696. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.