IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Marvel Technology (China) Co., Limited, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-5280 |
| v. | ) ) ) ) | District Judge: John F. Kness |
| | ) | Magistrate Judge Maria Valdez |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S ANSWER TO COUNTERCLAIMS

**NOW COMES** Plaintiff, Marvel Technology (China) Co., Limited ("Plaintiff"), by and through its undersigned counsel, answers the Counterclaims filed by Defendant stores Huang-us, EIJOFI, XAZIMO, and 360 Smart Photo Booth (collectively, "Defendants") on March 21, 2025 [Dkt. 56], by corresponding paragraph number as follows:

### NATURE OF THE ACTION

2. Plaintiff denied allegations of paragraph 2 of the Counterclaim with respect to 12,042,741 B2 ("the '741 Patent"), because this U.S. Patent is not included in current case. Plaintiff's valid U.S. Patents filed in current case are 11,719,380 B1 ("the '380 Patent"), 11,665,306 B1 ("the '306 Patent"), 11,720,000 B1 ("the '000 Patent"), and D976,993 S ("the '993 Patent"). Plaintiff denied all remain allegations of paragraph 2 of the Counterclaim.

3. Plaintiff denied all allegations of paragraph 3 of the Counterclaim.

### THE PARTIES

4. Plaintiff admitted Defendants are online sellers operating on Amazon.com, offering photographic camera devices, including 360-degree photo booths. Plaintiff lacked knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 4 about Defendants' respective brand names, and on that basis deny each and every such allegation.

5. Plaintiff denied all allegations of paragraph 5 of the Counterclaim.

6. Plaintiff admitted all allegations of paragraph 6 of the Counterclaim.

7. Plaintiff admitted all allegations of paragraph 6 of the Counterclaim.

### JURISDICTION AND VENUE

8. Plaintiff admitted all allegations of paragraph 8 of the Counterclaim.

9. Plaintiff admitted all allegations of paragraph 9 of the Counterclaim.

10. Plaintiff admitted all allegations of paragraph 10 of the Counterclaim.

### FACTUAL BACKGROUND

11. Plaintiff admitted Defendants are sellers of, among other things, photographic camera devices via their respective Amazon storefronts. Plaintiff lacked knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 11 about Defendants' considerable commercial success over time on Amazon, and on that basis deny each and every such allegation.

12. Plaintiff lacked knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 12, and on that basis deny each and every such allegation.

13. Plaintiff lacked knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 13, and on that basis deny each and every such allegation.

14. Plaintiff lacked knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 14, and on that basis deny each and every such allegation.

15. Plaintiff denied allegations of paragraph 15 of the Counterclaim about sealed filed this action on June 25, 2024, alleging that Defendants infringed U.S. Patent Nos. 11,719,380 B1 ("the '380 Patent"), 11,720,000 B1 ("the '000 Patent"), and D976,993 S ("the '993 Patent") by selling certain 360-degree photo booth products. Besides these three U.S. Patent, Plaintiff has the fourth U.S. Patent included in Complaint, 11,665,306 B1 ("the '306 Patent").

16. Plaintiff admitted all allegations of paragraph 16 of the Counterclaim.

17. Plaintiff admitted all allegations of paragraph 17 of the Counterclaim.

18. Plaintiff admitted allegations of paragraph 18 of the Counterclaim with respect to filing internal complaints with Amazon against Defendants. But this fact is irrelevant with current case, and on that basis deny each and every such allegation.

19. Plaintiff lacked knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 19, and on that basis deny each and every such allegation.

20. Plaintiff denied all allegations of paragraph 20 of the Counterclaim.

21. Plaintiff denied all allegations of paragraph 21 of the Counterclaim.

22. Plaintiff denied all allegations of paragraph 22 of the Counterclaim.

23. Plaintiff denied all allegations of paragraph 23 of the Counterclaim.

24. Plaintiff denied all allegations of paragraph 24 of the Counterclaim.

### COUNT I – DECLARATORY JUDGMENT OF NON-INFRINGEMENT

25. Answering the allegations of paragraph 25 of the Counterclaim, Plaintiff repeats and realleges its answers to paragraphs 1 through 25 of the Counterclaim.

26. Plaintiff denied all allegations of paragraph 26 of the Counterclaim.

27. Plaintiff denied all allegations of paragraph 27 of the Counterclaim.

28. Plaintiff denied all allegations of paragraph 28 of the Counterclaim.

## COUNT II- DECLARATORY JUDGMENT OF INVALIDITY

29. Answering the allegations of paragraph 29 of the Counterclaim, Plaintiff repeats and realleges its answers to paragraphs 1 through 29 of the Counterclaim.

30. Plaintiff denied all allegations of paragraph 30 of the Counterclaim.

31. Plaintiff denied all allegations of paragraph 31 of the Counterclaim.

32. Plaintiff denied all allegations of paragraph 32 of the Counterclaim.

33. Plaintiff denied all allegations of paragraph 33 of the Counterclaim.

34. Plaintiff denied all allegations of paragraph 34 of the Counterclaim.

## COUNT III- TORTIOUS INTERFERENCE WITH CONTRACT

35. Answering the allegations of paragraph 35 of the Counterclaim, Plaintiff repeats and realleges its answers to paragraphs 1 through 35 of the Counterclaim.

36. Plaintiff denied all allegations of paragraph 36 of the Counterclaim.

37. Plaintiff denied all allegations of paragraph 37 of the Counterclaim.

38. Plaintiff denied all allegations of paragraph 38 of the Counterclaim.

39. Plaintiff denied all allegations of paragraph 39 of the Counterclaim.

40. Plaintiff denied all allegations of paragraph 40 of the Counterclaim.

## COUNT IV- TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS EXPECTANCY

41. Answering the allegations of paragraph 41 of the Counterclaim, Plaintiff repeats and realleges its answers to paragraphs 1 through 41 of the Counterclaim.

42. Plaintiff denied all allegations of paragraph 42 of the Counterclaim.

43. Plaintiff denied all allegations of paragraph 43 of the Counterclaim.

44. Plaintiff denied all allegations of paragraph 44 of the Counterclaim.

45. Plaintiff denied all allegations of paragraph 45 of the Counterclaim.

## PRAYER FOR RELIEF

Plaintiff denies that Defendants are entitled to any relief requested by the Counterclaims or any other relief.

Dated: April 12, 2025

Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR PLAINTIFF