Defendant No.: 148

Store Name:
**Luxury Looks**

Platform:
**Amazon**





