# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Marvel Technology (China) Co., Limited

                    Plaintiff,

v.

                    Case No.: 1:24−cv−05280

                    Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2025:

    MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 4/29/2025. As discussed on the record, Plaintiff is directed to file a written statement whether it wishes to continue the case against Defendant Luxury Looks or will instead seek to voluntarily dismiss the claims against that Defendant. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.