IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Marvel Technology (China) Co., Limited, <br><br> Plaintiff, <br><br> v. <br><br><br> The Partnerships and Unincorporated Associations Identified on Schedule "A", <br><br> Defendants. | Case No. 1:24-cv-5280 <br><br> District Judge: John F. Kness <br><br> Magistrate Judge Maria Valdez |

## NOTICE OF SETTLEMENT AND DISMISSAL UNDER RULE 41(a)(1) AS TO CERTAIN DEFENDANTS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Marvel Technology (China) Co., Limited ("Plaintiff"), hereby dismiss this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Love god | 138 |

Dated: August 11, 2025                                        Respectfully submitted,

/s/Zhiwei Hua

1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR PLAINTIFF