UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Marvel Technology (China) Co., Limited

                Plaintiff,

v.

Case No.: 1:24−cv−05280

Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2025:

      MINUTE entry before the Honorable John F. Kness: Plaintiff has filed a notice of voluntary dismissal [65] pertaining to Defendant Luxury Looks (Def. No. 148). Accordingly, Defendant Luxury Looks is dismissed. See Fed. R. Civ. P. 41(a)(1)(A); Fed. R. Civ. P 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."). The motion for reconsideration [58] of Defendant Luxury Looks is dismissed as moot. An in−person hearing on Plaintiff's pending motion [26] seeking a preliminary injunction is set for 9/8/2025 at 10:00 A.M. Lead counsel for all interested parties must appear in−person at that hearing; no exceptions to that requirement will be granted, but the hearing will be stricken upon the filing of stipulation of dismissal or notice of settlement as to all interested parties. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.