UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Marvel Technology (China) Co., Limited

                Plaintiff,

v.

Case No.: 1:24−cv−05280

Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2025:

    MINUTE entry before the Honorable John F. Kness: In−person motion hearing held on 9/8/2025. The Court addressed Plaintiff's motion for preliminary injunction [26]. For the reasons discussed on the record, Plaintiff's motion is granted in part. Preliminary Injunction Order to be entered as to all parties with the exception of Defendants XAZIMO, EIJOFI, Huang−us, 360 Smart Booth, Inc. Enter separate preliminary injunction order. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.