**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARVEL TECHNOLOGY (CHINA) CO., LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-5280 |
| | ) ) | Judge John F. Kness |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff, Marvel Technology (China) Co., Limited ("Plaintiff"), filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto and using the domain names identified in Schedule A (the "Defendant Domain Names") and, in some cases, the online marketplace accounts identified in Schedule A (the "Online Marketplaces").[1] After reviewing the motion and the accompanying record, this Court grants Plaintiff's Motion as to all of the seller aliases identified in Schedule A except for XAZIMO, EIJOFI, Huang-us, and 360 Smart Booth, Inc. (collectively, excluding those three entities, the "Defendants"). The Motion is therefore granted in part as follows:

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. In the context of cases like this one, "a

---

[1] Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered on December 02, 2024 (Dkt. 21) (the "TRO") and Rule 65(a)(1) of the Federal Rules of Civil Procedure.

plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered patent design (the "Plaintiff's Patent Design") to residents of Illinois. Plaintiff has presented screenshots showing that each Defendant e-commerce store is operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff's Patent Design. (*See* Dkt. 10 (displaying screenshots of webpages showing that Defendant e-commerce stores offers to ship goods that appear to infringe on the Plaintiff's Patent Design to customers in Illinois)).

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Rule 65 of the Federal Rules of Civil Procedure. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of patent infringement because (1) the Plaintiff's Patent Design are distinctive patent and are registered with the U.S. Patent and

Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Plaintiff's Patent Design, and (3) Defendants' use of the Plaintiff's Patent Design is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Plaintiff's Patent Design irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Plaintiff's Patent Design or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Patent Design;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Patent Design;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff,

3

or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's patent design, including the Plaintiff's Patent Design, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts in an amount exceeding a value of $50,000.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Plaintiff's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies

4

of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff's Patent Design.

6. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial,

Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3-10 to the Declaration of Owner, and any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets exceeding a value of $50,000 until further order by this Court.

7. Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 5-15 to the Declaration of Owner and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "**Regal Glory Hair & Accessories and all other Defendants identified in the Schedule A**" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiff's Pleading(s) (Dkt. 1) and Exhibit 1-3 thereto (Dkt. 2), Schedule A to the Pleading(s) (Dkt. 3), Exhibit 1-15 to the Declaration of Plaintiff (Dkt. 10), and the TRO (Dkt. 21) are unsealed.

6

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $10,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_____
John F. Kness
United States District Judge

Dated: September 10, 2025

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARVEL TECHNOLOGY (CHINA) CO., LIMITED, | ) ) ) |
| Plaintiff, | ) Case No. 1:24-cv-5280 |
| | ) ) Judge John F. Kness |
| | ) |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) ) ) ) |
| | ) |
| Defendants. | ) |

**Schedule A**

| | Platform | Defendant Seller | URL |
|---|---|---|---|
| 1 | Walmart | Regal Glory Hair & Accessories | https://www.walmart.com/seller/101235109?itemId=2262062110&pageName=item&returnUrl=%2Fip%2F360-Photo-Booth%2F2262062110%3Ffrom%3D%2Fsearch |
| 2 | Amazon | 360Scope | https://www.amazon.com/sp?ie=UTF8&seller=A3KNYT2L8UUT8N |
| 3 | Amazon | 360SPB Direct | https://www.amazon.com/sp?ie=UTF8&seller=A3LB888UF9DQ7R&asin=B0CP7XCXHP&ref=dp_merchant_link |
| 4 | Amazon | Dozane | https://www.amazon.com/sp?ie=UTF8&seller=A3UYCRDOMO38EX&asin=BOCSZ2PQQ5&ref=dp_merchant_link |
| 5 | Amazon | AMLIXIN-Tech | https://www.amazon.com/sp?ie=UTF8&seller=AZOUD8C6ZH020&asin=BOCC5SSPWM&ref=dp_merchant_link |
| 6 | Amazon | jingmenshishenhenshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A23LW76BSJFIQQ&asin=BOCHDVXPKV&ref=dp_merchant_link |
| 7 | Amazon | Hoosyn | https://www.amazon.com/sp?ie=UTF8&seller=AXBEXPNOBQ9OY&asin=B0CJQHBL73&ref=dp_merchant_link |
| 8 | Amazon | Sabeeney | https://www.amazon.com/sp?ie=UTF8&seller=A29O33DSDMNICM&asin=B0BMQ2YZLF&ref=dp_merchant_link |

| 9 | Amazon | YangYi123tt | https://www.amazon.com/sp?ie=UTF8&seller=A3OV3EO1X6CZRX&asin=B0BCVHDMRT&ref_=dp_merchant_link |
|---|---|---|---|
| 10 | Amazon | qilianus | https://www.amazon.com/sp?ie=UTF8&seller=A24GVTKVAH0J1S&asin=B09M796NK8&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 11 | Amazon | ACHHA TECHNOLOGY INC | https://www.amazon.com/sp?ie=UTF8&seller=A18TLIU1A43WTM&asin=B0CQ2PL3CT&ref_=dp_merchant_link |
| 12 | Amazon | Lin's Store | https://www.amazon.com/sp?ie=UTF8&seller=A150RGEDXRASTS&isAmazonFulfilled=0&asin=B09M7DX14V&ref_=olp_merch_name_1 |
| 13 | Amazon | GuangZhouZeShengShangMaoYouXianGongSis | https://www.amazon.com/sp?ie=UTF8&seller=A3SNC5ZLQFE9KV&asin=B0CC5SSPWM&ref_=dp_merchant_link |
| 14 | Amazon | jingmenshiguisongshangmao youxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1W1DK8SVU9AOZ&asin=B0CHDSXZJ6&ref_=dp_merchant_link |
| 15 | Amazon | liu lin xian rui peng shang hang | https://www.amazon.com/sp?ie=UTF8&seller=A1ZVNJ5Y2QZ0JW |
| 16 | Amazon | Love god | https://www.amazon.com/sp?ie=UTF8&seller=A1JPD9ZFBE0XLY |
| 17 | Amazon | Zrui SHOP | https://www.amazon.com/sp?ie=UTF8&seller=A4RR7351QDK66 |
| 18 | Amazon | WideMeet | https://www.amazon.com/sp?ie=UTF8&seller=A2IRO1RRIUNMK4&asin=B0CBMCVZ1L&ref_=dp_merchant_link |
| 19 | Amazon | Trendy-Brands | https://www.amazon.com/sp?ie=UTF8&seller=A35CWHHPEU5SFN&asin=B09SQDHDNB&ref_=dp_merchant_link |
| 20 | Amazon | FTY360 | https://www.amazon.com/sp?ie=UTF8&seller=A57PLBW8OU9U&isAmazonFulfilled=0&asin=B0CQY7CG43&ref_=olp_merch_name_1 |
| 21 | Amazon | Luanhuan | https://www.amazon.com/sp?ie=UTF8&seller=AYV8MC8OA1FWP&asin=B0CJQJ9TKB&ref_=dp_merchant_link |
| 22 | Amazon | LIANGYUKEJI | https://www.amazon.com/sp?ie=UTF8&seller=A15PZ4K5ZYWTWR&asin=B0CT7DR11S&ref_=dp_merchant_link |
| 23 | Amazon | 宏鑫迅捷 | https://www.amazon.com/sp?ie=UTF8&seller=A32FDC2VN4TG7F&asin=B0CFY5L2T1&ref_=dp_merchant_link |
| 24 | Amazon | PHOMomentCoLtd | https://www.amazon.com/sp?ie=UTF8&seller=A3PX25RL7UKK8I&asin=B0CHYF98L8&ref_=dp_merchant_link |

| 25 | Amazon | DINIJE-US | https://www.amazon.com/sp?ie=UTF8&seller=A1SJBXE4A8J5Y9&asin=B0CTC38S89&ref_=dp_merchant_link |
| 26 | Amazon | Luxury Looks | https://www.amazon.com/sp?ie=UTF8&seller=A3FX1INQEH2KKB&asin=B0C7NF3858&ref_=dp_merchant_link |
| 27 | Amazon | DaYang-tech | https://www.amazon.com/sp?ie=UTF8&seller=ANA2VII8EIW4H&asin=B0C89XD1PL&ref_=dp_merchant_link |
| 28 | Amazon | 360 Photography Booth Inc11 | https://www.amazon.com/sp?ie=UTF8&seller=AYCL7XFR1P3WW&asin=B0CBTL5M96&ref_=dp_merchant_link |
| 29 | Amazon | ADAMU ABUBAKAR | https://www.amazon.com/sp?ie=UTF8&seller=A339GSKT1ND7IU&asin=B0CCXZ7BQX&ref_=dp_merchant_link |
| 30 | Amazon | 360 Smart Photo Booth Inc | https://www.amazon.com/sp?ie=UTF8&seller=A211451YK98JZY&isAmazonFulfilled=0&asin=B0CKSZDXXM&ref_=olp_merch_name_1 |
| 31 | Amazon | EIJOFI-US | https://www.amazon.com/sp?ie=UTF8&seller=A34C9RDX1QFEV7&asin=B0CQ7S2QX5&ref_=dp_merchant_link |
| 32 | Amazon | XAZIMO-US | https://www.amazon.com/sp?ie=UTF8&seller=A218B8LOVY1ELB&isAmazonFulfilled=0&asin=B0CJJN4KFQ&ref_=olp_merch_name_1 |
| 33 | Amazon | Ceiveilas-US | https://www.amazon.com/sp?ie=UTF8&seller=A3SVPL4LYEZGIY&asin=B0CWLHV2J4&ref_=dp_merchant_link |
| 34 | Amazon | Qianzhid | https://www.amazon.com/sp?ie=UTF8&seller=A7YZM4H9GSNZJ&asin=B0CWLHV2J4&ref_=dp_merchant_link |
| 35 | Amazon | ezhoushiweiguanshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2LHCPDK4P924W&asin=B0CJQGZW3X&ref_=dp_merchant_link |
| 36 | Amazon | MoshiXX | https://www.amazon.com/sp?ie=UTF8&seller=A2DOUJX7NJTZG1&asin=B0CZ3YJVQD&ref_=dp_merchant_link |
| 37 | Amazon | Peepoleck-US | https://www.amazon.com/sp?ie=UTF8&seller=A3LRG6K3LEOILC&asin=B0BZRWSCS4&ref_=dp_merchant_link |
| 38 | Amazon | Froectry official | https://www.amazon.com/sp?ie=UTF8&seller=A25XMSEZBAXS4B&asin=B0CJ98Q44W&ref_=dp_merchant_link |
| 39 | Amazon | Dowshata-US | https://www.amazon.com/sp?ie=UTF8&seller=A1R9TA4D9NGMQS&asin=B0CGDQ3VXX&ref_=dp_merchant_link |

| 40 | Amazon | shopus-M | https://www.amazon.com/sp?ie=UTF8&seller=AV51KYCH51LNN&asin=B0CVKZGM4M&ref=dp_merchant_link |
|----|--------|----------|-----------|
| 41 | Amazon | SX LLC | https://www.amazon.com/sp?ie=UTF8&seller=A1O2UNHOAOA32Q&asin=B0B8S6RTSQ&ref=dp_merchant_link |
| 42 | Alibaba | Shenzhen Eagle Technology Co., Ltd. | https://www.alibaba.com/product-detail/360-Photo-Booth-Photobooth-Manual-Party_1600455151930.html |
| 43 | Alibaba | Shenzhen Vanplex Co., Ltd. | https://www.alibaba.com/product-detail/370-350-Photo-Booth-360-Con_1600796813014.html?s=p |
| 44 | Alibaba | Shenzhen Hywinlife Co., Ltd | https://www.alibaba.com/product-detail/New-Adjustable-Photobooth-360-Photo-Booth_1600305734489.html?s=p |
| 45 | Alibaba | Shenzhen Rossmine Co., Ltd. | https://www.alibaba.com/product-detail/Rossmine-High-Quality-360-Degree-Selfie_1600276024680.html?s=p |
| 46 | Alibaba | Shenzhen WiViTouch Technology Co., Ltd. | https://www.alibaba.com/product-detail/Dropshipping-Real-Time-Green-Screen-360_1600231851778.html |
| 47 | Alibaba | Shenzhen Fantasy View Technology Co., Ltd. | https://www.alibaba.com/product-detail/360-degre-portable-photo-booth-Fill_1600245446940.html |
| 48 | Alibaba | Shenzhen Fantasy View Technology Co., Ltd. | https://www.alibaba.com/product-detail/Hot-Sale-New-Portable-Selfie-360_1600248397445.html |
| 49 | Alibaba | Shenzhen Qunan Electronic Technology Co., Ltd. | https://www.alibaba.com/product-detail/360-photo-booth-with-backdrop-enclosure_1600506908741.html |
| 50 | Alibaba | Shenzhen Danielled Technology Co., Ltd. | https://www.alibaba.com/product-detail/Spin-360-Photo-Booth-Machine-Tempered_1600838508647.html |
| 51 | Alibaba | Shenzhen Vanplex Co., Ltd. | https://www.alibaba.com/product-detail/cabina-360-photobooth-profesional-photobooth-360_1600731326992.html |
| 52 | Alibaba | Henan Apexscn View Intelligent Technology Co., Ltd. | https://www.alibaba.com/product-detail/Aps-Factory-Shipped-in-24H-Party_10000008599103.html |
| 53 | Alibaba | Shenzhen Oux Technology Co., Ltd. | https://www.alibaba.com/product-detail/new-adjustable-photobooth-360-video-booth_10000013371727.html |
| 54 | Alibaba | Shenzhen Oux Technology Co., Ltd. | https://www.alibaba.com/product-detail/Tempered-Glass-Photoboot-360-Ipad-Camara_1600831523676.html |

| 55 | Alibaba | Shenzhen Widemeet Technology Co., Ltd. | https://www.alibaba.com/product-detail/Photobooth-Machine-360-Photobooth-Kiosk-Video_1600698467884.html |
|----|---------|----------------------------------------|---------------------------------------------------------------------------------------------------------|
| 56 | Alibaba | Henan Apexscn View Intelligent Technology Co., Ltd. | https://www.alibaba.com/product-detail/Hot-Sale-New-Portable-Selfie-360_1600458301344.html |
| 57 | Alibaba | Shenzhen Vanya Intelligent Co., Ltd. | https://www.alibaba.com/product-detail/Drop-Shipping-360-Photo-Booth-Automatic_1600571452352.html |
| 58 | Alibaba | Henan Ernst Smart Technology Co., Ltd. | https://www.alibaba.com/product-detail/Selfie-360-Spinner-Platform-Party-Supply_1600606391304.html |
| 59 | Alibaba | Chengdu Tops Technology Co., Ltd. | https://www.alibaba.com/product-detail/3-Day-Delivery-USA-Warehouse-Stock_1600213453578.html |
| 60 | Alibaba | Shenzhen Nodings Electronics Co., Ltd. | https://www.alibaba.com/product-detail/Led-Mirror-Infinity-Glass-360-Photo_1600968952812.html |
| 61 | Alibaba | Shenzhen Fantasy View Technology Co., Ltd. | https://www.alibaba.com/product-detail/Magic-Intelligent-Operation-360-Photo-Booth_1600400631072.html |
| 62 | Alibaba | Foshan Huashang Vision Intelligent Technology Co., Ltd. | https://www.alibaba.com/product-detail/Free-Custom-Logo-Hexagon-360-Degree_1600592621420.html |
| 63 | Alibaba | Shenzhen Furmores Technology Co., Ltd | https://www.alibaba.com/product-detail/video-photobooth-fotobooth-tempered-led-glass_1600710161502.html |
| 64 | Alibaba | Shenzhen WiViTouch Technology Co., Ltd. | https://www.alibaba.com/product-detail/Dropshipping-Wedding-Portable-360-Degree-Photo_1600259927159.html |
| 65 | Alibaba | Henan Romans Hair Products Co., Ltd. | https://www.alibaba.com/product-detail/Romans-Glass-Platform-360-photo-booth_1600432132730.html |
| 66 | Alibaba | Shenzhen Keylays Co. Ltd | https://www.alibaba.com/product-detail/europe-us-warehouse-80-cm-slow_1600925113933.html |
| 67 | Alibaba | Sichuan Jingchuang Pingcai Technology Co., Ltd. | https://www.alibaba.com/product-detail/Portable-Selfie-360-Spinner-Degree-Platform_1600883492446.html |
| 68 | Alibaba | Henan Pasta International Trade Co., Ltd. | https://www.alibaba.com/product-detail/2023-Newest-Adjustable-Automatic-360-Photo_1600940113758.html |
| 69 | Alibaba | Henan Irisi Intelligent Technology Co., Ltd. | https://www.alibaba.com/product-detail/NEW-Cheap-price-Spin-Degree-Slow_1600897646346.html |

| 70 | Alibaba | Shenzhen SeenTok Co, Ltd | https://www.alibaba.com/product-detail/portable-photobooth-360-camera-infinity-photo_1600481436318.html |
| 71 | Alibaba | Wanshicheng Intelligent Equipment (Dongguan) Co., Ltd. | https://www.alibaba.com/product-detail/Selfie-Magic-Mirror-Photo-Booth-360_1600705232354.html |
| 72 | Alibaba | Shenzhen Smart Technology Co., Ltd. | https://www.alibaba.com/product-detail/photo-booth-360-camera-photo-booth_1600957124783.html |
| 73 | Alibaba | Yiwu Genon Trading Co., Ltd. | https://www.alibaba.com/product-detail/Drop-Shipping-Photo-booth-360-Glass_1600637285236.html |
| 74 | Alibaba | Sichuan Junling Technology Co., Ltd. | https://www.alibaba.com/product-detail/Anti-shake-Spinning-Photo-Booth-Slow_1600251232542.html |
| 75 | Alibaba | Hangzhou Senao Electronic Commerce Co., Ltd. | https://www.alibaba.com/product-detail/Photobooth-360-Video-Booth-Supplier-Manufacturer_1601000392050.html |
| 76 | Alibaba | Henan Pyrocore Corporation | https://www.alibaba.com/product-detail/48h-Shipping-Automatic-Remote-Control-Wedding_1600822975705.html |
| 77 | Alibaba | Shenzhen Well Armor High-Tech Co., Ltd. | https://www.alibaba.com/product-detail/Festival-Wedding-Event-Party-spin-Selfie_1600486112654.html |
| 78 | Alibaba | Shenzhen Longvision Technology Co., Ltd. | https://www.alibaba.com/product-detail/Hot-Sale-Party-Birthday-Wedding-Automatic_1600708820645.html |
| 79 | Alibaba | Shenzhen Panorama Photography Equipment Co., Ltd. | https://www.alibaba.com/product-detail/Selfie-360-Spinner-Platform-Party-Supply_1600626936458.html |
| 80 | Alibaba | Shenzhen Tripod Ever Technology Co., Ltd. | https://www.alibaba.com/product-detail/360-photo-booth-115-cm-portable_1600767260413.html |
| 81 | Alibaba | Zhengzhou Sinogrout Machinery Co., Ltd. | https://www.alibaba.com/product-detail/Latest-360-Photo-Booth-100Cm-Glass_1600780238885.html |
| 82 | Alibaba | Guangzhou Xingdian Lighting Technology Co., Ltd. | https://www.alibaba.com/product-detail/Marslite-Factory-Shipped-360-Photo-Booth_1600279405678.html |
| 83 | Alibaba | Shenzhen Layson Optoelectronics Co., Ltd. | https://www.alibaba.com/product-detail/80-100-115-Cm-360-Degre_1600994950357.html |
| 84 | Alibaba | Henan Sevoge Industrial Co., Ltd. | https://www.alibaba.com/product-detail/Free-Custom-Logo-360-Degree-Photobooth_1600604335688.html |

| 85 | Alibaba | Shenzhen Mercedes Technology Co., Ltd. | https://www.alibaba.com/product-detail/Round-Photo-Booth-Portable-Selfie-360_1600913067355.html |
| 86 | Alibaba | Shenzhen Dedi Display Technology Co., Ltd. | https://www.alibaba.com/product-detail/Hot-Sale-New-Portable-Selfie-360_1600917804918.html |
| 87 | Alibaba | Guangzhou Reyeah Technology Co., Ltd. | https://www.alibaba.com/product-detail/360-Photo-Booth-Portable-Photo-Booth_1600226483220.html |
| 88 | Alibaba | Shenzhen Aijiyi Technology Co., Ltd. | https://www.alibaba.com/product-detail/selfie-new-adjustable-wedding-photo-booth_1601021128567.html |
| 89 | Alibaba | Guangzhou Planet Inflatables Ltd. | https://www.alibaba.com/product-detail/Portable-Party-Selfie-Magic-Rotating-Digital_1600705192031.html |
| 90 | Alibaba | Shenzhen Syton Technology Co., Ltd. | https://www.alibaba.com/product-detail/DHL-Fast-Shipped-in-48h-Selfie_1600571192339.html |
| 91 | Alibaba | Shenzhen Xinhai Vision Technology Co., Ltd. | https://www.alibaba.com/product-detail/68cm-Selfie-party-supplies-PhotoBooth-machine_1600799907061.html |
| 92 | Alibaba | Chongqing Bende Machinery Co., Ltd. | https://www.alibaba.com/product-detail/Drop-shipping-China-digital-interactive-360_1600294887502.html |
| 93 | Alibaba | Guangzhou Aurora Amusement Equipment Co., Ltd. | https://www.alibaba.com/product-detail/Videobooth-360-Degree-Photo-Booth-Camera_1600942156941.html |
| 94 | Alibaba | Chaozhou Tongheng Technology Co., Ltd. | https://www.alibaba.com/product-detail/360-Degre-Portable-Photobooth-Fill-Light_1600691370249.html |
| 95 | Alibaba | Guangzhou Reyeah Technology Co., Ltd. | https://www.alibaba.com/product-detail/Fully-Automatic-Motion-Control-Slow-Motion_1600226302355.html |
| 96 | Alibaba | Guangzhou CH Inflatables Co., Ltd. | https://www.alibaba.com/product-detail/CH-cheep-price-360-Degree-Professional_1600829243137.html |
| 97 | Alibaba | Guangzhou Chaohang Industrial Co., Ltd. | https://www.alibaba.com/product-detail/CH-Dropship-Free-Factory-Ship-369_1601021151419.html |
| 98 | Alibaba | Shenzhen Huaxin Display Control Technology Co., Ltd. | https://www.alibaba.com/product-detail/Factory-sale-48H-ship-360-degre_1600848941064.html |
| 99 | Alibaba | Liuyang Kesheng Trading Co., Ltd. | https://www.alibaba.com/product-detail/Machine-Parties-Photobooth-Spark-Wireless-Cold_1600766002682.html |

| 100 | Alibaba | Foshan Shunde Peifu Furniture Co., Ltd. | https://www.alibaba.com/product-detail/80cm-100cm-115-cm-automatic-360_1600672164438.html |
| 101 | Alibaba | Guangdong Hushida Electronic Technology Co., Ltd. | https://www.alibaba.com/product-detail/Intelligent-Remote-Control-Rotation-Quick-Mount_1600795716437.html |
| 102 | Alibaba | Shenzhen 360SPB Co., Ltd | https://www.alibaba.com/product-detail/360SPB-360-degree-camera-wedding-business_1601029412440.html |
| 103 | Alibaba | Shenzhen Aimv Technology Co., Ltd. | https://www.alibaba.com/product-detail/Low-Price-China-Portable-360-Photo_1600922923878.html |
| 104 | Alibaba | Henan jbett Industrial Technology Co., Ltd. | https://www.alibaba.com/product-detail/Popular-New-Portable-Selfie-360-Spinner_1600841550010.html |
| 105 | Alibaba | Shenzhen Lnri Technology Co., Ltd. | https://www.alibaba.com/product-detail/Selfie-360-Spinner-Platform-Party-Supply_1600967851712.html |
| 106 | Alibaba | Henan Xianniao Network Technology Co., Ltd. | https://www.alibaba.com/product-detail/DHL-Fast-Shipped-in-48h-Selfie_1600624598609.html |
| 107 | Alibaba | Yoursjoys Technology (shenyang) Co., Ltd. | https://www.alibaba.com/product-detail/Foto-360-Selfie-Magic-Mirror-Photo_1600515616533.html |
| 108 | Alibaba | Shenzhen Hongsound Electronic Co., Ltd. | https://www.alibaba.com/product-detail/Adjustable-Ratotaing-Automatic-Large-360-Photo_1600711226426.html |
| 109 | Alibaba | Dongguan Haloo Automation Equipment Co., Ltd. | https://www.alibaba.com/product-detail/360-Degree-Rotating-ipad-Camera-Mobile_1600499138293.html |
| 110 | Alibaba | Henan Tefilter Co., Ltd. | https://www.alibaba.com/product-detail/80cm-photo-booth-360-portable-magic_1600387963873.html |
| 111 | Alibaba | Shenzhen Uwant Technology Co., Ltd. | https://www.alibaba.com/product-detail/80-100-115-cm-Party-Slow_1600612700086.html |
| 112 | Alibaba | Henan Camp Industrial Co., Ltd. | https://www.alibaba.com/product-detail/Factory-Spin-Photo-Booth-360-Video_1600796622701.html |
| 113 | Alibaba | Dongguan Sami Technology Co., Ltd. | https://www.alibaba.com/product-detail/Samidisplay-Photobooth-360-Video-Booth-Supplier_1600919213077.html |
| 114 | Alibaba | Ballet Star Technology (Guangzhou) Co., Ltd. | https://www.alibaba.com/product-detail/100cm-360-Photo-Booth-wedding-ring_1600594787153.html |

| 115 | Alibaba | Guangzhou Hongmei Lighting Equipment Factory | https://www.alibaba.com/product-detail/Factory-Photo-Booth-360-Video-Booth_1600798469796.html |
| 116 | Alibaba | Shenzhen Jiatean Technology Co.,ltd. | https://www.alibaba.com/product-detail/wireless-portable-Video-camera-automatic-rotating_1600349512723.html |
| 117 | Alibaba | Ningbo Winhi Electronic Co., Ltd. | https://www.alibaba.com/product-detail/Live-Motion-Video-Frame-360-Ring_1600619972838.html |
| 118 | Alibaba | Wuhan Taiyi Industry Co., Ltd. | https://www.alibaba.com/product-detail/New-design-360-Photo-video-Booth_1600727522703.html |
| 119 | Alibaba | Chengdu Lemai Advertising Co., Ltd. | https://www.alibaba.com/product-detail/Hot-selling-Tik-Tok-live-streaming_1601011254352.html |
| 120 | Alibaba | Shenzhen Xingtongda Information Technology Co., Ltd. | https://www.alibaba.com/product-detail/80cm-360-photobooth-props-slow-motion_1600929778283.html |
| 121 | Alibaba | Chongqing Double Chi Sign Production Co., Ltd. | https://www.alibaba.com/product-detail/Factory-Shipped-in-24H-for-Free_1601007040404.html |
| 122 | Alibaba | Shenzhen Daheng Optoelectronic Technology Co., Ltd. | https://www.alibaba.com/product-detail/LED-Mirror-Glass-360-Degree-Camera_1600905606100.html |
| 123 | Alibaba | Kunshan Peacemounts Electronics Co., Ltd. | https://www.alibaba.com/product-detail/PB-360-Photo-Booth-machine-LED_1600710413908.html |
| 124 | Alibaba | Nanjing Spike Amusement Equipment Co., Ltd. | https://www.alibaba.com/product-detail/Plataforma-360-Degree-Slow-Motion-Video_1600904258210.html |
| 125 | Alibaba | Shenzhen Xy-Top Technology Co., Ltd. | https://www.alibaba.com/product-detail/360-Degre-Portable-Photo-Booth-Fill_1600896173365.html |
| 126 | Alibaba | Guangzhou U-Rides Attraction Co., Ltd. | https://www.alibaba.com/product-detail/Automatic-Spinning-Slow-Motion-360-Degree_1600753255043.html |
| 127 | Alibaba | Henan Karry Amusement Equipment Co., Ltd. | https://www.alibaba.com/product-detail/Fast-DHL-Shipping-in-48h-360_1600599211605.html |
| 128 | Alibaba | Foshan Dragon Stage Equipment Co., Limited | https://www.alibaba.com/product-detail/Dragonstage-Factory-Price-360-Machine-Photo_1600544198887.html |
| 129 | Alibaba | Shenzhen Hunghui It Co., Ltd. | https://www.alibaba.com/product-detail/Luxury-360-Photo-Booth-Automatic-Manual_1600711115573.html |

| 130 | Alibaba | Shenzhen Future Hi-Tech Co., Ltd. | https://www.alibaba.com/product-detail/360-photo-booth-with-backdrop-enclosure_1600935669104.html |
|---|---|---|---|
| 131 | Alibaba | Foshan Yingqi Furniture Co., Ltd. | https://www.alibaba.com/product-detail/USA-Warehouse-Stock-Factory-Directly-The_1600831772294.html |
| 132 | Alibaba | Shandong Great Intelligent Manufacturing Co., Ltd. | https://www.alibaba.com/product-detail/Latest-360-Photo-Booth-100cm-Glass_1600664280110.html |
| 133 | Alibaba | Shenzhen LS Vision Technology Co., Ltd. | https://www.alibaba.com/product-detail/Wedding-party-360-Degree-Slow-Motion_1600480462443.html |
| 134 | Alibaba | Anhui Better Advertising Production Co., Ltd. | https://www.alibaba.com/product-detail/1000-Buyers-DHL-Fast-Shipped-in_1600860853009.html |
| 135 | Alibaba | Zhengzhou Cloud Micro Business Trading Co., Ltd. | https://www.alibaba.com/product-detail/Spinning-Photo-Booth-Slow-Motion-Rotating_1600704513373.html |
| 136 | Alibaba | Shenzhen Jingang Zhuoyue Technology Co., Ltd. | https://www.alibaba.com/product-detail/Hot-sale-degree-360-photo-booth_1600516473323.html |
| 137 | Alibaba | Zhengzhou Quansheng Electronic Commerce Co., Ltd. | https://www.alibaba.com/product-detail/360-Degree-Photobooth-360-Photo-Booth_1600521268467.html |
| 138 | Alibaba | Vision (Guangzhou) Photoelectric Technology Co., Ltd. | https://www.alibaba.com/product-detail/For-TIKTOK-Free-360-Photo-Booth_1600605939002.html |
| 139 | Alibaba | Shenzhen Zhoubichun Optoelectronics Co., Ltd. | https://www.alibaba.com/product-detail/High-Quality-Glass-Vending-Manual-Rotating_10000010209024.html |
| 140 | Alibaba | Foshan Jiguang Stage Equipment Co., Ltd. | https://www.alibaba.com/product-detail/Moka-sfx-Automatic-Slow-Motion-Camera_1600659597384.html |
| 141 | Alibaba | Shenzhen Syton Technology Co., Ltd. | https://www.alibaba.com/product-detail/Custom-mini-spinning-camera-115cm-stand_1600582152433.html |
| 142 | Alibaba | Guangzhou East Sports Co., Ltd. | https://www.alibaba.com/product-detail/Automatic-360-Camera-Photo-Booth-Social_1600720918149.html |
| 143 | Alibaba | Guangzhou Ebayar International Trading Co., Ltd. | https://www.alibaba.com/product-detail/Dropshipping-Intelligent-Operation-360-Degree-Slow_1600289061904.html |
| 144 | Alibaba | Guangzhou Funworld Inflatables Limited | https://www.alibaba.com/product-detail/Hot-selling-selfie-real-time-green_1600520332394.html |

| 145 | Alibaba | Qinyang Lede Trading Co., Ltd. | https://www.alibaba.com/product-detail/New-Spin-360-Degree-Photo-Booth_1600513791963.html |
|---|---|---|---|
| 146 | Alibaba | Shenzhen Derbal Technology Co., Ltd. | https://www.alibaba.com/product-detail/Photoboot-Tempered-Infinity-Glass-360-Photo_1600947174432.html |
| 147 | Alibaba | Guangzhou Kidzone Party Supply Limited | https://www.alibaba.com/product-detail/Portable-adjustable-outdoor-party-automatic-360_1600455061854.html |
| 148 | Alibaba | Shenzhen Changze Technology Co., Ltd. | https://www.alibaba.com/product-detail/spin-60cm-camera-video-slow-motion_10000011350459.html |
| 149 | Alibaba | Henan Fun Visinon Technology Co., Ltd. | https://www.alibaba.com/product-detail/Factory-Shipped-in-48H-for-Free_1601030841815.html |
| 150 | Alibaba | Hangzhou Muye Technology Co., Ltd. | https://www.alibaba.com/product-detail/115-100-80-cm-Party-Slow_1600757967954.html |
| 151 | Alibaba | Nanjing Matrix Technology Co.,Ltd | https://www.alibaba.com/product-detail/Q-Style-360-photo-booth-360_1600819831116.html |
| 152 | Alibaba | Ningbo Golden Osmanthus Outdoor Products Co., Ltd. | https://www.alibaba.com/product-detail/360-Degree-Platform-Business-Photo-Booth_1600755963294.html |
| 153 | Alibaba | Guangzhou Senke Electronics Co., Ltd. | https://www.alibaba.com/product-detail/Party-supplies-spinning-video-photobooth-68cm_1600550261598.html |
| 154 | Alibaba | Henan Lvfrog Industry Co.,Ltd. | https://www.alibaba.com/product-detail/360-photo-booth-Magic-spin-rotating_1600481664982.html |
| 155 | Alibaba | Phoenix Industrial (shenzhen) Co., Ltd. | https://www.alibaba.com/product-detail/PI5010-Selfie-magic-360-degree-platform_1600352561690.html |
| 156 | Alibaba | Guangzhou Imyjoy Electronic Technology Co., Ltd. | https://www.alibaba.com/product-detail/NEW-360-large-photo-shooting-booth_1600296236119.html |
| 157 | Alibaba | Lu'an Shengmeichang Metal Products Co., Ltd. | https://www.alibaba.com/product-detail/Factory-Direct-Sale-369-Photo-booth_1600897258338.html |
| 158 | Alibaba | Luoyang Baiwei Intelligent Technology Co., Ltd. | https://www.alibaba.com/product-detail/Spin-360-Degree-photo-booth-with_1600461275410.html |
| 159 | Alibaba | Guangzhou Hushida Electronic Co., Ltd. | https://www.alibaba.com/product-detail/Popular-360-Degree-Camera-Photobooth-Party_1600622206012.html |
| 160 | Alibaba | Beijing Hushida Technology Co., Ltd. | https://www.alibaba.com/product-detail/Hot-sale-good-price-plug-and_1600623960393.html |

| 161 | Alibaba | Guangzhou Asma Electronic Co., Ltd. | https://www.alibaba.com/product-detail/100cm-5-People-Stand-Slow-Rotating_1600700915529.html |
| 162 | Alibaba | Shenzhen Tomego Electronics Technology Co., Ltd. | https://www.alibaba.com/product-detail/360-photo-booth-100-cm-automatic_1600777505673.html |
| 163 | Alibaba | Guangzhou Zhenghe Intelligent Technology Co., Ltd. | https://www.alibaba.com/product-detail/Selfie-360-Spinner-Platform-Party-Supply_1600775248454.html |
| 164 | Alibaba | Guangzhou Emilyfoto Co., Ltd. | https://www.alibaba.com/product-detail/360-photo-booth-360-ring-camera_1600612703049.html |
| 165 | Alibaba | Yichang Top Bright Lighting Co., Ltd. | https://www.alibaba.com/product-detail/Intelligent-Automatic-Rotating-Video-Spin-Machine_1600785241507.html |
| 166 | Alibaba | Guangzhou Hundred Touch Digital Signage & Display Co., Ltd. | https://www.alibaba.com/product-detail/Degree-360-photo-booth-Machine-Slow_1600703256485.html |
| 167 | Alibaba | Guangzhou Liwan District Yujing Gardening Store | https://www.alibaba.com/product-detail/360-Degree-Automatic-Rotating-Video-Spin_1600657201890.html |
| 168 | Alibaba | Henan Chuangqin Mechanical Equipment Co., Ltd. | https://www.alibaba.com/product-detail/360-photo-booth-panel-enclosure-backdrop_1600888292035.html |
| 169 | Alibaba | Shenzhen Mercedes Technology Co., Ltd. | https://www.alibaba.com/product-detail/360-degree-photo-booth-100cm-platform_1600592785874.html |
| 170 | Aliexpress | 360 Photobooth Official Store | https://www.aliexpress.com/item/1005005419089383.html |
| 171 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006628365710.html |
| 172 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006474057472.html |
| 173 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006421238750.html |
| 174 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006421153107.html |
| 175 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006421231288.html |
| 176 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006421320268.html |
| 177 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006421089617.html |

| 178 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006421021787.html |
| 179 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006472487000.html |
| 180 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006495601860.html |
| 181 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006643065103.html |
| 182 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006479970964.html |
| 183 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006499700688.html |
| 184 | Aliexpress | Feix 360 PhotoBooth Store | https://www.aliexpress.com/item/1005006600637789.html |
| 185 | Aliexpress | Furmores Official Store | https://www.aliexpress.com/item/1005006270727200.html |
| 186 | Aliexpress | Furmores Official Store | https://www.aliexpress.com/item/1005004966536917.html |
| 187 | Aliexpress | Furmores Official Store | https://www.aliexpress.com/item/1005005923195047.html |
| 188 | Aliexpress | Furmores Official Store | https://www.aliexpress.com/item/1005004978411468.html |
| 189 | Aliexpress | Furmores Official Store | https://www.aliexpress.com/item/1005006148924606.html |
| 190 | Aliexpress | Camera Photo Booth Store | https://www.aliexpress.com/item/1005006159650718.html |
| 191 | Aliexpress | Camera Photo Booth Store | https://www.aliexpress.com/item/1005005986048224.html |
| 192 | Aliexpress | Camera Photo Booth Store | https://www.aliexpress.com/item/1005005985985521.html |
| 193 | Aliexpress | Camera Photo Booth Store | https://www.aliexpress.com/item/1005005985474334.html |
| 194 | Aliexpress | JOEKEE Brand Store | https://www.aliexpress.com/item/1005005144046629.html |
| 195 | Aliexpress | JOEKEE Brand Store | https://www.aliexpress.com/item/1005005381197680.html |
| 196 | Aliexpress | JOEKEE Brand Store | https://www.aliexpress.com/item/1005005150998924.html |
| 197 | Aliexpress | JOEKEE Brand Store | https://www.aliexpress.com/item/1005005398172964.html |
| 198 | Aliexpress | JOEKEE Brand Store | https://www.aliexpress.com/item/1005005511697175.html |
| 199 | Aliexpress | JOEKEE PhotoBooth Store | https://www.aliexpress.com/item/1005006141575909.html |

| 200 | Aliexpress | HYWINLIFE Official Store | https://www.aliexpress.com/item/1005005197078940.html |
| 201 | Aliexpress | HYWINLIFE Official Store | https://www.aliexpress.com/item/1005006682291642.html |
| 202 | Aliexpress | HYWINLIFE Official Store | https://www.aliexpress.com/item/1005005186940463.html |
| 203 | Aliexpress | HYWINLIFE Official Store | https://www.aliexpress.com/item/1005005222770912.html |
| 204 | Aliexpress | HYWINLIFE Official Store | https://www.aliexpress.com/item/1005005222987025.html |
| 205 | Aliexpress | HYWINLIFE Official Store | https://www.aliexpress.com/item/1005005191892040.html |
| 206 | Aliexpress | HYWINLIFE Official Store | https://www.aliexpress.com/item/1005005222878289.html |
| 207 | Aliexpress | HYWINLIFE Official Store | https://www.aliexpress.com/item/1005005196573141.html |
| 208 | Aliexpress | HYWINLIFE Official Store | https://www.aliexpress.com/item/1005005197027706.html |
| 209 | Aliexpress | HYWINLIFE Official Store | https://www.aliexpress.com/item/3256805100193760.html |
| 210 | Aliexpress | HYWINLIFE Official Store | https://www.aliexpress.com/item/1005005560321973.html |
| 211 | Aliexpress | HYWINLIFE Official Store | https://www.aliexpress.com/item/1005005192925190.html |
| 212 | Aliexpress | Lafly Ebike FR Store | https://www.aliexpress.com/item/1005006579737400.html |
| 213 | Aliexpress | Lafly Ebike FR Store | https://www.aliexpress.com/item/1005006662295246.html |
| 214 | Aliexpress | Lafly Ebike FR Store | https://www.aliexpress.com/item/1005006580144585.html |
| 215 | Aliexpress | Lafly Ebike FR Store | https://www.aliexpress.com/item/1005006579958817.html |
| 216 | Aliexpress | Lafly Ebike FR Store | https://www.aliexpress.com/item/1005006579762381.html |
| 217 | Aliexpress | Century Egg Technology Co Ltd Store | https://www.aliexpress.com/item/1005005920566437.html |
| 218 | Aliexpress | Rossmine Official Store | https://www.aliexpress.com/item/1005005866159980.html |
| 219 | Aliexpress | Rossmine Official Store | https://www.aliexpress.com/item/1005004965482947.html |
| 220 | Aliexpress | Rossmine Official Store | https://www.aliexpress.com/item/1005006112728437.html |
| 221 | Aliexpress | Rossmine Official Store | https://www.aliexpress.com/item/1005004965729351.html |

| 222 | Aliexpress | Rossmine Official Store | https://www.aliexpress.com/item/1005006112398315.html |
| 223 | Aliexpress | Rossmine Official Store | https://www.aliexpress.com/item/1005006545262741.html |
| 224 | Aliexpress | Rossmine Official Store | https://www.aliexpress.com/item/1005005006707655.html |
| 225 | Aliexpress | Rossmine Official Store | https://www.aliexpress.com/item/1005005578893483.html |
| 226 | Aliexpress | Rossmine Official Store | https://www.aliexpress.com/item/1005005801228239.html |
| 227 | Aliexpress | 360 Photobooth Official Store | https://www.aliexpress.com/item/1005005704932504.html |
| 228 | Aliexpress | 360 Photobooth Official Store | https://www.aliexpress.com/item/1005005537128635.html |
| 229 | Aliexpress | 360 Photobooth Official Store | https://www.aliexpress.com/item/1005005537001978.html |
| 230 | Aliexpress | Evegogo Store | https://www.aliexpress.com/item/1005006331944680.html |
| 231 | Aliexpress | Evegogo Store | https://www.aliexpress.com/item/1005006012599790.html |
| 232 | Aliexpress | Evegogo Store | https://www.aliexpress.com/item/1005005994869702.html |
| 233 | Aliexpress | Evegogo Store | https://www.aliexpress.com/item/1005006012686133.html |
| 234 | Aliexpress | Evegogo Store | https://www.aliexpress.com/item/1005005994818941.html |
| 235 | Aliexpress | Evegogo Store | https://www.aliexpress.com/item/1005006008045291.html |
| 236 | Aliexpress | Evegogo Store | https://www.aliexpress.com/item/1005006012241296.html |
| 237 | Aliexpress | Evegogo Store | https://www.aliexpress.com/item/1005006354192074.html |
| 238 | Aliexpress | Vanplex Photo Booth Store | https://www.aliexpress.com/item/1005006026317517.html |
| 239 | Aliexpress | Vanplex Photo Booth Store | https://www.aliexpress.com/item/1005006053829222.html |
| 240 | Aliexpress | Vanplex Photo Booth Store | https://www.aliexpress.com/item/1005006026751244.html |
| 241 | Aliexpress | Vanplex Photo Booth Store | https://www.aliexpress.com/item/1005006016378007.html |
| 242 | Aliexpress | Vanplex Photo Booth Store | https://www.aliexpress.com/item/1005006015298807.html |
| 243 | Aliexpress | Vanplex Photo Booth Store | https://www.aliexpress.com/item/1005006015800032.html |

| 244 | Aliexpress | Shop1103101457 Store | https://www.aliexpress.com/item/1005005983158166.html |
|---|---|---|---|
| 245 | Aliexpress | Shop1103101457 Store | https://www.aliexpress.com/item/1005006307453878.html |
| 246 | Aliexpress | Shop1103101457 Store | https://www.aliexpress.com/item/3256805863005117.html |
| 247 | Aliexpress | Shop1103101457 Store | https://www.aliexpress.com/item/1005006048576235.html |
| 248 | Aliexpress | Shop1103101457 Store | https://www.aliexpress.com/item/3256805863214033.html |
| 249 | Aliexpress | Shop1103101457 Store | https://www.aliexpress.com/item/1005006049391333.html |
| 250 | Aliexpress | Shop1103101457 Store | https://www.aliexpress.com/item/1005006038503579.html |
| 251 | Aliexpress | 360 Photo Booth store Store | https://www.aliexpress.com/item/1005004409216570.html |
| 252 | Aliexpress | GHDZQ 360 Photo Booth Store | https://www.aliexpress.com/item/1005004993069221.html |
| 253 | Aliexpress | Shop4050012 Store | https://www.aliexpress.com/item/1005005038530007.html |
| 254 | Etsy | MetalStormStudio | https://www.etsy.com/hk-en/listing/1182791043/2677-4527-360-photo-booth-360-photo?ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=360+photo+booth&ref=sr_gallery-3-1&frs=1&search_preloaded_img=1&organic_search_click=1 |
| 255 | Amazon | Pangseok-US | https://www.amazon.com/sp?ie=UTF8&seller=A1DM40RV9UZD85 |
| 256 | Amazon | Pangseok-US. | https://www.amazon.com/sp?ie=UTF8&seller=A28WCB1K2WL5LV |
| 257 | Amazon | PowColor-US | https://www.amazon.com/sp?ie=UTF8&seller=A39ZD50EJDQSKS |
| 258 | Amazon | YULIANGL | https://www.amazon.com/sp?ie=UTF8&seller=A3L9TL9O3XYOCH |
| 259 | Amazon | Flystar-Kee | https://www.amazon.com/sp?ie=UTF8&seller=A1W1DK8SVU9AOZ |
| 260 | Amazon | FASHINN360 | https://www.amazon.com/sp?ie=UTF8&seller=A2N9OCGG6A4UW9 |
| 261 | Amazon | TOPS Tech | https://www.amazon.com/sp?ie=UTF8&seller=AUXOMXJZTO4IF |
| 262 | Amazon | DGYEEQY | https://www.amazon.com/sp?ie=UTF8&seller=A2M1RV52DWHLFA |

| 263 | Amazon | WJXYM | https://www.amazon.com/sp?ie=UTF8&seller=AFWTGI7NKPCTB&isAmazonFulfilled=0&asin=B0CJQHBL73&ref_=olp_merch_name_2 |
| 264 | Amazon | LIANGYUKEJI | https://www.amazon.com/sp?ie=UTF8&seller=A15PZ4K5ZYWTWR&asin=B0CT7PK3LG&ref_=dp_merchant_link |
| 265 | Amazon | Qianzhid | https://www.amazon.com/s?me=A7YZM4H9GSNZJ&marketplaceID=ATVPDKIKX0DER |
| 266 | Amazon | Zikra Mart | https://www.amazon.com/sp?ie=UTF8&seller=A1101P65BLPBFC |

**DISMISSED DEFENDANTS**

| 267 | Ebay | 2biglittlethings | https://www.ebay.com/usr/2biglittlethings?_tab=1 |
| 268 | Ebay | 2opulent | https://www.ebay.com/usr/2opulent?_tab=1 |
| 269 | Ebay | 073_30 | https://www.ebay.com/usr/073_30?_tab=1 |
| 270 | Ebay | 360photoboothglobal | https://www.ebay.com/usr/360photoboothglobal?_tab=1 |
| 271 | Ebay | 360spb | https://www.ebay.com/usr/360spb?_tab=1 |
| 272 | Ebay | 2020Power | https://www.ebay.com/str/2020power?_tab=1 |
| 273 | Ebay | aisaris | https://www.ebay.com/usr/aisaris?_tab=1 |
| 274 | Ebay | ajkrmoneytree | https://www.ebay.com/usr/ajkrmoneytree?_tab=1 |
| 275 | Ebay | akinarenee | https://www.ebay.com/usr/akinarenee?_tab=1 |
| 276 | Ebay | alexiros-54 | https://www.ebay.com/usr/alexiros-54?_tab=1 |
| 277 | Ebay | allforbooth | https://www.ebay.com/usr/allforbooth?_tab=1 |
| 278 | Ebay | Amazing Bargains USA LLC | https://www.ebay.com/str/amazingbargainsusallc?_tab=1 |
| 279 | Ebay | Amazing Reseller Buffalo | https://www.ebay.com/str/amazingresellerbuffalo?_tab=1 |
| 280 | Ebay | atomco | https://www.ebay.com/usr/atomco?_tab=1 |
| 281 | Ebay | aztect_99 | https://www.ebay.com/usr/aztect_99?_tab=1 |
| 282 | Ebay | bagsfor | https://www.ebay.com/usr/bagsfor?_tab=1 |
| 283 | Ebay | berlyndina2016 | https://www.ebay.com/usr/berlyndina2016?_tab=1 |
| 284 | Ebay | BHB Market | https://www.ebay.com/str/bhbmarket?_tab=1 |
| 285 | Ebay | bia033 | https://www.ebay.com/usr/bia033?_tab=1 |
| 286 | Ebay | blackout-inventory | https://www.ebay.com/usr/blackout-inventory |
| 287 | Ebay | Bookmark Deals | https://www.ebay.com/str/bookmarkdeals?_tab=1 |

| 288 | Ebay | bulkus2015 | https://www.ebay.com/usr/bulkus2015?_tab=1 |
| 289 | Ebay | bunch_nicke | https://www.ebay.com/usr/bunch_nicke?_tab=1 |
| 290 | Ebay | bznesmn | https://www.ebay.com/usr/bznesmn?_tab=1 |
| 291 | Ebay | calikulture | https://www.ebay.com/usr/calikulture |
| 292 | Ebay | chacol_5628 | https://www.ebay.com/usr/chacol_5628?_tab=1 |
| 293 | Ebay | chicagoproductwarehouse | https://www.ebay.com/usr/chicagoproductwarehouse?_tab=1 |
| 294 | Ebay | chrisnedelpinoi_0 | https://www.ebay.com/usr/chrisnedelpinoi_0?_tab=1 |
| 295 | Ebay | cieni-21 | https://www.ebay.com/usr/cieni-21?_tab=1 |
| 296 | Ebay | coolnerd90 | https://www.ebay.com/usr/coolnerd90?_tab=1 |
| 297 | Ebay | cybexp | https://www.ebay.com/usr/cybexp?_tab=1 |
| 298 | Ebay | dakncltd-4 | https://www.ebay.com/usr/dakncltd-4?_tab=1 |
| 299 | Ebay | davethesave47 | https://www.ebay.com/usr/davethesave47?_tab=1 |
| 300 | Ebay | Designs By Swann | https://www.ebay.com/str/designsbyswann?_tab=1 |
| 301 | Ebay | desiregutierre69 | https://www.ebay.com/usr/desiregutierre69?_tab=1 |
| 302 | Ebay | djwailin | https://www.ebay.com/usr/djwailin?_tab=1 |
| 303 | Ebay | ecommerce_businesspremium | https://www.ebay.com/usr/ecommerce_businesspremium?_tab=1 |
| 304 | Ebay | Everything Supply | https://www.ebay.com/str/everythingsupply?_tab=1 |
| 305 | Ebay | Fast Auto Keys | https://www.ebay.com/str/bbbcarkeylocks?_tab=1 |
| 306 | Ebay | fcranchware | https://www.ebay.com/usr/fcranchware?_tab=1 |
| 307 | Ebay | flycam.shop | https://www.ebay.com/str/flycamshops?_tab=1 |
| 308 | Ebay | fqaf2299 | https://www.ebay.com/usr/fqaf2299?_tab=1 |
| 309 | Ebay | gaboc3172 | https://www.ebay.com/usr/gaboc3172?_tab=1 |
| 310 | Ebay | gil-gab | https://www.ebay.com/usr/gil-gab?_tab=1 |
| 311 | Ebay | gr_157280 | https://www.ebay.com/usr/gr_157280?_tab=1 |
| 312 | Ebay | happy4antique | https://www.ebay.com/usr/happy4antique?_tab=1 |
| 313 | Ebay | Hengsuusa | https://www.ebay.com/str/hengsuusa?_tab=1 |
| 314 | Ebay | heponte-0 | https://www.ebay.com/usr/heponte-0?_tab=1 |
| 315 | Ebay | hotdeals_au | https://www.ebay.com/usr/hotdeals_au?_tab=1 |
| 316 | Ebay | hugrl98 | https://www.ebay.com/usr/hugrl98?_tab=1 |
| 317 | Ebay | iabbosn | https://www.ebay.com/usr/iabbosn?_tab=1 |
| 318 | Ebay | iijimsaunder_0 | https://www.ebay.com/usr/iijimsaunder_0?_tab=1 |

| 319 | Ebay | itishfelde-0 | https://www.ebay.com/usr/itishfelde-0?_tab=1 |
| 320 | Ebay | iujieun516 | https://www.ebay.com/usr/iujieun516 |
| 321 | Ebay | jackshop777 | https://www.ebay.com/str/jackshop777?_tab=1 |
| 322 | Ebay | jalmc27 | https://www.ebay.com/usr/jalmc27?_tab=1 |
| 323 | Ebay | jayu48 | https://www.ebay.com/usr/jayu48?_tab=1 |
| 324 | Ebay | jzamerica | https://www.ebay.com/usr/jzamerica?_tab=1 |
| 325 | Ebay | jetu_3 | https://www.ebay.com/usr/jetu_3?_tab=1 |
| 326 | Ebay | josssanchez17 | https://www.ebay.com/usr/josssanchez17?_tab=1 |
| 327 | Ebay | jpasolutions | https://www.ebay.com/usr/jpasolutions?_tab=1 |
| 328 | Ebay | jurom_4053 | https://www.ebay.com/usr/jurom_4053?_tab=1 |
| 329 | Ebay | jwv179 | https://www.ebay.com/usr/jwv179?_tab=1 |
| 330 | Ebay | kaz8821 | https://www.ebay.com/usr/kaz8821?_tab=1 |
| 331 | Ebay | kdvdi-62 | https://www.ebay.com/usr/kdvdi-62?_tab=1 |
| 332 | Ebay | kelise_83-4 | https://www.ebay.com/usr/kelise_83-4?_tab=1 |
| 333 | Ebay | kreeder85 | https://www.ebay.com/usr/kreeder85?_tab=1 |
| 334 | Ebay | krysta43 | https://www.ebay.com/usr/krysta43?_tab=1 |
| 335 | Ebay | lad4s0 | https://www.ebay.com/usr/lad4s0?_tab=1 |
| 336 | Ebay | laraque2413 | https://www.ebay.com/usr/laraque2413?_tab=1 |
| 337 | Ebay | kylina.shelts | https://www.ebay.com/usr/kylina.shelts?_tab=1 |
| 338 | Ebay | lawrence9657 | https://www.ebay.com/usr/kylina.shelts?_tab=1 |
| 339 | Ebay | leiki_52 | https://www.ebay.com/usr/leiki_52?_tab=1 |
| 340 | Ebay | maaadbboyizm | https://www.ebay.com/usr/maaadbboyizm?_tab=1 |
| 341 | Ebay | manuelm3658 | https://www.ebay.com/usr/manuelm3658?_tab=1 |
| 342 | Ebay | marlinaramirezp | https://www.ebay.com/usr/marlinaramirezp?_tab=1 |
| 343 | Ebay | marmaga33 | https://www.ebay.com/usr/marmaga33?_tab=1 |
| 344 | Ebay | MDGSALES | https://www.ebay.com/str/mdgsales?_tab=1 |
| 345 | Ebay | mgonzalez1198 | https://www.ebay.com/usr/mgonzalez1198?_tab=1 |
| 346 | Ebay | mshivdat | https://www.ebay.com/usr/mshivdat?_tab=1 |
| 347 | Ebay | nitay454 | https://www.ebay.com/usr/nitay454?_tab=1 |
| 348 | Ebay | ochoaj_39 | https://www.ebay.com/usr/ochoaj_39?_tab=1 |
| 349 | Ebay | ofowowe | https://www.ebay.com/usr/ofowowe?_tab=1 |
| 350 | Ebay | olakunle82 | https://www.ebay.com/usr/olakunle82?_tab=1 |
| 351 | Ebay | pauljrsr | https://www.ebay.com/usr/pauljrsr?_tab=1 |
| 352 | Ebay | perfecta77 | https://www.ebay.com/usr/perfecta77?_tab=1 |

| 353 | Ebay | photoboothshop | https://www.ebay.com/usr/photoboothshop?_tab=1 |
| 354 | Ebay | photoboothsystems | https://www.ebay.com/usr/photoboothsystems?_tab=1 |
| 355 | Ebay | poli209 | https://www.ebay.com/usr/poli209 |
| 356 | Ebay | proaimcanada | https://www.ebay.com/str/proaimcanada?_tab=1 |
| 357 | Ebay | qm78923 | https://www.ebay.com/str/qm78923?_tab=1 |
| 358 | Ebay | raffington2009 | https://www.ebay.com/usr/raffington2009?_tab=1 |
| 359 | Ebay | raphiz6 | https://www.ebay.com/usr/raphiz6?_tab=1 |
| 360 | Ebay | raye92 | https://www.ebay.com/usr/raye92?_tab=1 |
| 361 | Ebay | regineandvelle | https://www.ebay.com/usr/regineandvelle?_tab=1 |
| 362 | Ebay | remedy2007 | https://www.ebay.com/usr/remedy2007?_tab=1 |
| 363 | Ebay | reypaypal13 | https://www.ebay.com/usr/reypaypal13?_tab=1 |
| 364 | Ebay | rizzfitt | https://www.ebay.com/usr/rizzfitt?_tab=1 |
| 365 | Ebay | rosm_5714 | https://www.ebay.com/usr/rosm_5714?_tab=1 |
| 366 | Ebay | ru715311 | https://www.ebay.com/usr/ru715311?_tab=1 |
| 367 | Ebay | rxbandit71 | https://www.ebay.com/usr/rxbandit71?_tab=1 |
| 368 | Ebay | s_fig6 | https://www.ebay.com/usr/s_fig6?_tab=1 |
| 369 | Ebay | salgard0 | https://www.ebay.com/usr/salgard0?_tab=1 |
| 370 | Ebay | genbizzllc | https://www.ebay.com/usr/genbizzllc |
| 371 | Ebay | shamiskarikog-0 | https://www.ebay.com/usr/shamiskarikog-0?_tab=1 |
| 372 | Ebay | sherries1977 | https://www.ebay.com/usr/sherries1977?_tab=1 |
| 373 | Ebay | sqlu1175 | https://www.ebay.com/usr/sqlu1175?_tab=1 |
| 374 | Ebay | stewproent | https://www.ebay.com/usr/stewproent?_tab=1 |
| 375 | Ebay | stylezko21 | https://www.ebay.com/usr/stylezko21?_tab=1 |
| 376 | Ebay | taherpoor | https://www.ebay.com/usr/taherpoor?_tab=1 |
| 377 | Ebay | thatdudee809 | https://www.ebay.com/usr/thatdudee809?_tab=1 |
| 378 | Ebay | The Marathon Boutique | https://www.ebay.com/str/themarathonboutique?_tab=1 |
| 379 | Ebay | theto_7 | https://www.ebay.com/usr/theto_7?_tab=1 |
| 380 | Ebay | toplightdj | https://www.ebay.com/usr/toplightdj?_tab=1 |
| 381 | Ebay | TrendyProductDepot | https://www.ebay.com/str/trendyproductdepot?_tab=1 |
| 382 | Ebay | tsrsupplies | https://www.ebay.com/usr/tsrsupplies?_tab=1 |
| 383 | Ebay | ultra_mix | https://www.ebay.com/usr/ultra_mix |
| 384 | Ebay | uniquevaluestore | https://www.ebay.com/usr/uniquevaluestore?_tab=1 |

27

| 385 | Ebay | ushion-usa | https://www.ebay.com/usr/ushion-usa?_tab=1 |
| 386 | Ebay | vmanch1o-9 | https://www.ebay.com/usr/vmanch1o-9?_tab=1 |
| 387 | Ebay | whatafriend | https://www.ebay.com/usr/whatafriend?_tab=1 |
| 388 | Ebay | william-4527 | https://www.ebay.com/usr/william-4527?_tab=1 |