THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Marvel Technology (China) Co., Limited,<br><br>                    Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule "A",<br><br>                    Defendants. | Case No. 1:24-cv-05280<br><br>Dist. Judge John F. Kness<br><br>Mag. Judge Maria Valdez |

## MOTION TO WITHDRAW AS COUNSEL

Attorney Qin Li of the law firm of Concord & Sage, P.C. and attorney Ilya G. Zlatkin of the law firm of Zlatkin Cann Entertainment, now, pursuant to Local Rule 83.17, respectfully move this Court to withdraw from the representation of Plaintiff, Marvel Technology (China) Co., Limited ("Plaintiff").

The above-mentioned counsel represent that there is good cause for the attorneys' request to withdraw. The above-mentioned counsel have communicated the good cause for the request with Plaintiff and Plaintiff does not oppose the request. The grant of the motion to withdraw will not prejudice Plaintiff as Plaintiff will be represented by attorney Wenyao Yang, who filed an appearance on behalf of Plaintiff on October 6, 2025 [Dkt. 72], and attorney Zhiwei Hua, who has been representing Plaintiff since July 30, 2024. [Dkt. 6].

For the reasons set forth above, attorneys Qin Li and Ilya G. Zlatkin respectively request the Court grant the motion for leave to withdraw as counsel for Plaintiff.

Dated: October 14, 2025

Respectfully submitted,

**CONCORD & SAGE, P.C.**

By: /s/ *Qin Li (with permission)*
Qin Li
CONCORD & SAGE, P.C.
1360 Valley Vista Drive, Suite 140
Diamond Bar, California 91765
Tel: (858) 568-1696
liqin@concordsage.com

**ZLATKIN CANN ENTERTAINMENT**

By: /s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorneys for Plaintiff*