## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Marvel Technology (China) Co., Limited

                                                Plaintiff,

v.                                                                         Case No.: 1:24−cv−05280

                                                                                Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

      MINUTE entry before the Honorable John F. Kness: Motion by counsel to withdraw as attorney [73] is granted. Attorneys Qin Li and Ilya Zlatkin are withdrawn as counsel of record. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.